# EXHIBIT 2

US010855432B2

(12) **United States Patent** | (10) **Patent No.:** **US 10,855,432 B2**
Aiba et al. | (45) **Date of Patent:** **Dec. 1, 2020**

(54) **USER EQUIPMENTS, BASE STATIONS AND METHODS**

(71) Applicants: **SHARP KABUSHIKI KAISHA**, Sakai (JP); **FG Innovation Company Limited**, Tuen Mun (HK)

(72) Inventors: **Tatsushi Aiba**, Vancouver, WA (US); **Zhanping Yin**, Vancouver, WA (US)

(73) Assignees: **SHARP KABUSHIKI KAISHA**, Sakai (JP); **FG Innovation Company Limited**, Tuen Mun (HK)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/244,722**

(22) Filed: **Jan. 10, 2019**

(65) **Prior Publication Data**

US 2019/0215130 A1 Jul. 11, 2019

**Related U.S. Application Data**

(63) Continuation of application No. PCT/US2019/012896, filed on Jan. 9, 2019.
(Continued)

(51) **Int. Cl.**
*H04W 72/14* (2009.01)
*H04L 5/00* (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ......... *H04L 5/0057* (2013.01); *H04B 17/345* (2015.01); *H04L 5/001* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ....... H04L 5/0057; H04L 5/005; H04L 5/001; H04L 5/0098; H04L 5/0048; H04L 5/0082; H04B 17/345; H04W 24/10
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2010/0128614 A1 5/2010 Kuusela et al.
2011/0305211 A1 12/2011 Lunttila et al.
(Continued)

FOREIGN PATENT DOCUMENTS

WO 2017128800 A1 8/2017

OTHER PUBLICATIONS

International Search Report and Written Opinion issued for PCT Application No. PCT/US2019/012896 dated Apr. 1, 2019.
(Continued)

*Primary Examiner* — Jay P Patel
(74) *Attorney, Agent, or Firm* — ScienBiziP, P.C.

(57) **ABSTRACT**

A user equipment (UE) is described. Receiving circuitry is configured to receive an activation command for semi-persistent channel state information-reference signal (CSI-RS) and channel state information-interference measurement (CSI-IM) resource(s) configuration, the semi-persistent CSI-RS and CSI-IM resource(s) configuration being associated with a DL BWP. The receiving circuitry is configured to receive a deactivation command for the semi-persistent CSI-RS and CSI-IM resource(s) configuration. Processing circuitry is configured to consider that the semi-persistent CSI-RS and CSI-IM resource(s) configuration is suspended when the associated DL BWP is being deactivated.

**12 Claims, 15 Drawing Sheets**



CSI reporting

DL BWP index "0" ("00")    DL BWP index "1" ("01")    DL BWP index "2" ("10")    DL BWP index "3" ("11")

PDCCH    PDCCH    PDCCH    PDCCH

PDSCH    PDSCH    PDSCH    PDSCH

CSI reporting associated with the DL BWP(s) (based on Setting(s) (e.g., Configuration(s)))

UL BWP index "0" ("00")    UL BWP index "1" ("01")    UL BWP index "2" ("10")    UL BWP index "3" ("11")

E.g., Serving cell

**US 10,855,432 B2**

Page 2

### Related U.S. Application Data

(60) Provisional application No. 62/616,290, filed on Jan. 11, 2018.

(51) **Int. Cl.**
    *H04W 24/10*     (2009.01)
    *H04B 17/345*     (2015.01)

(52) **U.S. Cl.**
    CPC ............ *H04L 5/005* (2013.01); *H04L 5/0048* (2013.01); *H04L 5/0098* (2013.01); *H04W 24/10* (2013.01); *H04L 5/0082* (2013.01)

(56)           **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2013/0322376 A1 * | 12/2013 | Marinier .............. | H04B 7/2612 |
| | | | 370/329 |
| 2017/0117997 A1 | 4/2017 | Park et al. | |
| 2019/0058517 A1 * | 2/2019 | Kang .................. | H04B 7/0456 |
| 2019/0109626 A1 * | 4/2019 | Park .................... | H04B 7/0636 |
| 2019/0207737 A1 * | 7/2019 | Babaei ................ | H04W 72/046 |
| 2019/0215781 A1 * | 7/2019 | Jeon .................... | H04W 24/10 |
| 2019/0215870 A1 * | 7/2019 | Babaei ................ | H04L 5/0092 |
| 2020/0028655 A1 * | 1/2020 | Kakishima ............ | H04L 5/0073 |
| 2020/0204239 A1 * | 6/2020 | Kang .................. | H04B 7/0639 |
| 2020/0212983 A1 * | 7/2020 | Cha ............................ | H04L 1/16 |

#### OTHER PUBLICATIONS

MediaTek Inc., "Summary of Offline Discussion on Bandwidth Part Operation", 3GPP TSG RAN WG1 Meeting 90bis, Prague, CZ, R1-17xvotx, Oct. 13, 2017.

3GPP TS 38.211 V2.0.0, 3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical channels and modulation (Release 15), Dec. 2017.

3GPP TS 38.212 V2.0.0, 3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Multiplexing and channel coding (Release 15), Dec. 2017.

3GPP TS 38.213 V2.0.0, 3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for control (Release 15), Dec. 2017.

3GPP TS 38.214 V2.0.0, 3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for data (Release 15), Dec. 2017.

* cited by examiner



FIG. 1

Supported Transmission Numerologies

| $\mu$ | $\Delta f = 2^{\mu} \cdot 15 [kHz]$ | Cyclic prefix |
|---|---|---|
| 0 | 15 | Normal |
| 1 | 30 | Normal |
| 2 | 60 | Normal, Extended |
| 3 | 120 | Normal |
| 4 | 240 | Normal |
| 5 | 480 | Normal |

Number of OFDM Symbols Per Slot

| $\mu$ | Slot configuration | | | | | |
|---|---|---|---|---|---|---|
| | 0 | | | 1 | | |
| | $N_{symb}^{slot}$ | $N_{slot}^{frame,\mu}$ | $N_{slot}^{subframe,\mu}$ | $N_{symb}^{slot}$ | $N_{slot}^{frame,\mu}$ | $N_{slot}^{subframe,\mu}$ |
| 0 | 14 | 10 | 1 | 7 | 20 | 2 |
| 1 | 14 | 20 | 2 | 7 | 40 | 4 |
| 2 | 14 | 40 | 4 | 7 | 80 | 8 |
| 3 | 14 | 80 | 8 | - | - | - |
| 4 | 14 | 160 | 16 | - | - | - |
| 5 | 14 | 320 | 32 | - | - | - |

FIG. 2



FIG. 3



FIG. 4







E.g., Primary cell

E.g., Secondary cell

**FIG. 5**

FIG. 6



FIG. 7



FIG. 8



FIG. 9



**FIG. 10**



**FIG. 11**



1160



FIG. 12



FIG. 13



1402 — Receive an activation command for semi-persistent channel state information-reference signal (CSI-RS) and channel state information-interference measurement (CSI-IM) resource(s) configuration

1404 — Receive a deactivation command for the semi-persistent CSI-RS and CSI-IM resource(s) configuration

1406 — Consider that the semi-persistent CSI-RS and CSI-IM resource(s) configuration is suspended when the associated DL BWP is being deactivated

1400

FIG. 14



1500

1502

Transmit an activation command for semi-persistent channel state information-reference signal (CSI-RS) and channel state information-interference measurement (CSI-IM) resource(s) configuration

1504

Transmit a deactivation command for the semi-persistent CSI-RS and CSI-IM resource(s) configuration

1506

Consider that the semi-persistent CSI-RS and CSI-IM resource(s) configuration is suspended when the associated DL BWP is being deactivated

FIG. 15

US 10,855,432 B2

1

# USER EQUIPMENTS, BASE STATIONS AND METHODS

## RELATED APPLICATIONS

This application is related to and claims priority from U.S. Provisional Patent Application No. 62/616,290, entitled "USER EQUIPMENTS, BASE STATIONS AND METHODS," filed on Jan. 11, 2018, which is hereby incorporated by reference herein, in its entirety.

## TECHNICAL FIELD

The present disclosure relates generally to communication systems. More specifically, the present disclosure relates to new signaling, procedures, user equipment (UE) and base stations for user equipments, base stations and methods.

## BACKGROUND

Wireless communication devices have become smaller and more powerful in order to meet consumer needs and to improve portability and convenience. Consumers have become dependent upon wireless communication devices and have come to expect reliable service, expanded areas of coverage and increased functionality. A wireless communication system may provide communication for a number of wireless communication devices, each of which may be serviced by a base station. A base station may be a device that communicates with wireless communication devices.

As wireless communication devices have advanced, improvements in communication capacity, speed, flexibility and/or efficiency have been sought. However, improving communication capacity, speed, flexibility and/or efficiency may present certain problems.

For example, wireless communication devices may communicate with one or more devices using a communication structure. However, the communication structure used may only offer limited flexibility and/or efficiency. As illustrated by this discussion, systems and methods that improve communication flexibility and/or efficiency may be beneficial.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram illustrating one implementation of one or more base stations (gNBs) and one or more user equipments (UEs) in which systems and methods for downlink and/or uplink (re)transmissions may be implemented;

FIG. **2** shows examples of multiple numerologies;

FIG. **3** is a diagram illustrating one example of a resource grid and resource block for the downlink and/or the uplink;

FIG. **4** shows examples of resource regions;

FIG. **5** illustrates an example of the downlink and/or uplink transmissions;

FIG. **6** illustrates another example of the downlink and/or uplink transmissions;

FIG. **7** illustrates various components that may be utilized in a UE;

FIG. **8** illustrates various components that may be utilized in a gNB;

FIG. **9** is a block diagram illustrating one implementation of a UE in which systems and methods for downlink and/or uplink (re)transmissions may be implemented;

FIG. **10** is a block diagram illustrating one implementation of a gNB in which systems and methods for downlink and/or uplink (re)transmissions may be implemented;

2

FIG. **11** is a block diagram illustrating one implementation of a gNB;

FIG. **12** is a block diagram illustrating one implementation of a UE;

FIG. **13** illustrates an example of setting(s) for CSI reporting;

FIG. **14** is a flow diagram illustrating a communication method of a user equipment; and

FIG. **15** is a flow diagram illustrating a communication method of a base station apparatus.

## DETAILED DESCRIPTION

A user equipment (UE) that communicates with a base station apparatus on one or more downlink bandwidth parts (DL BWPs) in a serving cell is described. Receiving circuitry is configured to receive an activation command for semi-persistent channel state information-reference signal (CSI-RS) and channel state information-interference measurement (CSI-IM) resource(s) configuration, the semi-persistent CSI-RS and CSI-IM resource(s) configuration being associated with a DL BWP in the serving cell. Receiving circuitry is also configured to receive a deactivation command for the semi-persistent CSI-RS and CSI-IM resource(s) configuration. Processing circuitry is configured to consider that the semi-persistent CSI-RS and CSI-IM resource(s) configuration is suspended when the associated DL BWP is being deactivated.

The UE may further include receiving circuitry is configured to receive a radio resource control message comprising a parameter used for identifying the associated DL BWP. The UE may further include transmitting circuitry configured to perform CSI reporting based on the semi-persistent CSI-RS and CSI-IM resource(s) configuration, wherein CSI-RS resource(s) is for channel measurement, and CSI-IM resource(s) is for interference measurement.

A base station apparatus that communicates with a user equipment on one or more downlink bandwidth parts (DL BWPs) in a serving cell is also described. The base station apparatus includes transmitting circuitry configured to transmit an activation command for semi-persistent channel state information-reference signal (CSI-RS) and channel state information-interference measurement (CSI-IM) resource(s) configuration, the semi-persistent CSI-RS and CSI-IM resource(s) configuration being associated with a DL BWP in the serving cell. The base station apparatus also includes transmitting circuitry configured to transmit a deactivation command for the semi-persistent CSI-RS and CSI-IM resource(s) configuration. The base station apparatus also includes processing circuitry configured to consider that the semi-persistent CSI-RS and CSI-IM resource(s) configuration is suspended when the associated DL BWP is being deactivated.

The transmitting circuitry may also be configured to transmit a radio resource control message comprising a parameter used for identifying the associated DL BWP.

The base station apparatus may further include receiving circuitry configured to receive CSI reporting based on the semi-persistent CSI-RS and CSI-IM resource(s) configuration, wherein CSI-RS resource(s) is for channel measurement, and CSI-IM resource(s) is for interference measurement.

A communication method of a user equipment that communicates with a base station apparatus on one or more downlink bandwidth parts (DL BWPs) in a serving cell is also described. The communication method includes receiving an activation command for semi-persistent channel state

US 10,855,432 B2

3

information-reference signal (CSI-RS) and channel state information-interference measurement (CSI-IM) resource(s) configuration, the semi-persistent CSI-RS and CSI-IM resource(s) configuration being associated with a DL BWP in the serving cell. The communication method also includes receiving a deactivation command for the semi-persistent CSI-RS and CSI-IM resource(s) configuration. The communication method also includes considering that the semi-persistent CSI-RS and CSI-IM resource(s) configuration is suspended when the associated DL BWP is being deactivated.

The communication method may further include receiving a radio resource control message comprising a parameter used for identifying the associated DL BWP. The communication method may also further include performing CSI reporting based on the semi-persistent CSI-RS and CSI-IM resource(s) configuration, wherein CSI-RS resource(s) is for channel measurement, and CSI-IM resource(s) is for interference measurement.

A communication method of a base station apparatus that communicates with a user equipment on one or more downlink bandwidth parts (DL BWPs) in a serving cell is also described. The communication method includes transmitting an activation command for semi-persistent channel state information-reference signal (CSI-RS) and channel state information-interference measurement (CSI-IM) resource(s) configuration, the semi-persistent CSI-RS and CSI-IM resource(s) configuration being associated with a DL BWP in the serving cell. The communication method also includes transmitting a deactivation command for the semi-persistent CSI-RS and CSI-IM resource(s) configuration. The communication method also includes considering that the semi-persistent CSI-RS and CSI-IM resource(s) configuration is suspended when the associated DL BWP is being deactivated.

The communication method may further include transmitting a radio resource control message comprising a parameter used for identifying the associated DL BWP. The communication method may also further include receiving CSI reporting based on the semi-persistent CSI-RS and CSI-IM resource(s) configuration, wherein CSI-RS resource (s) is for channel measurement, and CSI-IM resource(s) is for interference measurement.

The 3rd Generation Partnership Project, also referred to as "3GPP," is a collaboration agreement that aims to define globally applicable technical specifications and technical reports for third and fourth generation wireless communication systems. The 3GPP may define specifications for next generation mobile networks, systems and devices.

3GPP Long Term Evolution (LTE) is the name given to a project to improve the Universal Mobile Telecommunications System (UMTS) mobile phone or device standard to cope with future requirements. In one aspect, UMTS has been modified to provide support and specification for the Evolved Universal Terrestrial Radio Access (E-UTRA) and Evolved Universal Terrestrial Radio Access Network (E-UTRAN).

At least some aspects of the systems and methods disclosed herein may be described in relation to the 3GPP LTE, LTE-Advanced (LTE-A) and other standards (e.g., 3GPP Releases 8, 9, 10, 11 and/or 12). However, the scope of the present disclosure should not be limited in this regard. At least some aspects of the systems and methods disclosed herein may be utilized in other types of wireless communication systems.

A wireless communication device may be an electronic device used to communicate voice and/or data to a base

4

station, which in turn may communicate with a network of devices (e.g., public switched telephone network (PSTN), the Internet, etc.). In describing systems and methods herein, a wireless communication device may alternatively be referred to as a mobile station, a UE, an access terminal, a subscriber station, a mobile terminal, a remote station, a user terminal, a terminal, a subscriber unit, a mobile device, etc. Examples of wireless communication devices include cellular phones, smart phones, personal digital assistants (PDAs), laptop computers, netbooks, e-readers, wireless modems, etc. In 3GPP specifications, a wireless communication device is typically referred to as a UE. However, as the scope of the present disclosure should not be limited to the 3GPP standards, the terms "UE" and "wireless communication device" may be used interchangeably herein to mean the more general term "wireless communication device." A UE may also be more generally referred to as a terminal device.

In 3GPP specifications, a base station is typically referred to as a Node B, an evolved Node B (eNB), a home enhanced or evolved Node B (HeNB) or some other similar terminology. As the scope of the disclosure should not be limited to 3GPP standards, the terms "base station," "Node B," "eNB," "gNB" and "HeNB" may be used interchangeably herein to mean the more general term "base station." Furthermore, the term "base station" may be used to denote an access point. An access point may be an electronic device that provides access to a network (e.g., Local Area Network (LAN), the Internet, etc.) for wireless communication devices. The term "communication device" may be used to denote both a wireless communication device and/or a base station. An eNB may also be more generally referred to as a base station device.

It should be noted that as used herein, a "cell" may be any communication channel that is specified by standardization or regulatory bodies to be used for International Mobile Telecommunications-Advanced (IMT-Advanced) and all of it or a subset of it may be adopted by 3GPP as licensed bands (e.g., frequency bands) to be used for communication between an eNB and a UE. It should also be noted that in E-UTRA and E-UTRAN overall description, as used herein, a "cell" may be defined as "combination of downlink and optionally uplink resources." The linking between the carrier frequency of the downlink resources and the carrier frequency of the uplink resources may be indicated in the system information transmitted on the downlink resources.

The 5th generation communication systems, dubbed NR (New Radio technologies) by 3GPP, envision the use of time/frequency/space resources to allow for services, such as eMBB (enhanced Mobile Broad-Band) transmission, URLLC (Ultra Reliable and Low Latency Communication) transmission, and eMTC (massive Machine Type Communication) transmission. Also, in NR, one or more bandwidth parts (BWPs) may be specified (e.g., configured) for a serving cell. A user equipment (UE) may receive a downlink signal(s) in the BWP(s) of the serving cell. Also, the UE may transmit an uplink signal(s) in the BWP(s) of the serving cell.

In order for the services to use the time, frequency, and/or space resources efficiently, it would be useful to be able to efficiently control downlink and/or uplink transmissions. Therefore, a procedure for efficient control of downlink and/or uplink transmissions should be designed. However, the detailed design of a procedure for downlink and/or uplink transmissions has not been studied yet.

In some approaches, a user equipment (UE) may receive a radio resource control (RRC) message including first

US 10,855,432 B2

5

information used for configuring more than one indices of downlink bandwidth parts (DL BWPs), wherein the more than one indices of the DL BWPs being used for indicating that which BWPs are scheduled by using a DCI format for the downlink. Also, the UE may receive on a physical downlink control channel (PDCCH), the DCI format for downlink including second information. And, the UE may perform, based on the first information and a value of the second information, reception on the PDSCH in one DL BWP.

Various examples of the systems and methods disclosed herein are now described with reference to the Figures, where like reference numbers may indicate functionally similar elements. The systems and methods as generally described and illustrated in the Figures herein could be arranged and designed in a wide variety of different implementations. Thus, the following more detailed description of several implementations, as represented in the Figures, is not intended to limit scope, as claimed, but is merely representative of the systems and methods.

FIG. **1** is a block diagram illustrating one implementation of one or more gNBs **160** and one or more UEs **102** in which systems and methods for downlink and uplink (re)transmissions may be implemented. The one or more UEs **102** communicate with one or more gNBs **160** using one or more physical antennas **122***a-n*. For example, a UE **102** transmits electromagnetic signals to the gNB **160** and receives electromagnetic signals from the gNB **160** using the one or more physical antennas **122***a-n*. The gNB **160** communicates with the UE **102** using one or more physical antennas **180***a-n*. In some implementations, the term "base station," "eNB," and/or "gNB" may refer to and/or may be replaced by the term "Transmission Reception Point (TRP)." For example, the gNB **160** described in connection with FIG. **1** may be a TRP in some implementations.

The UE **102** and the gNB **160** may use one or more channels and/or one or more signals **119**, **121** to communicate with each other. For example, the UE **102** may transmit information or data to the gNB **160** using one or more uplink channels **121**. Examples of uplink channels **121** include a physical shared channel (e.g., PUSCH (Physical Uplink Shared Channel)) and/or a physical control channel (e.g., PUCCH (Physical Uplink Control Channel)), etc. The one or more gNBs **160** may also transmit information or data to the one or more UEs **102** using one or more downlink channels **119**, for instance. Examples of downlink channels **119** physical shared channel (e.g., PDSCH (Physical Downlink Shared Channel) and/or a physical control channel (PDCCH (Physical Downlink Control Channel)), etc. Other kinds of channels and/or signals may be used.

Each of the one or more UEs **102** may include one or more transceivers **118**, one or more demodulators **114**, one or more decoders **108**, one or more encoders **150**, one or more modulators **154**, a data buffer **104** and a UE operations module **124**. For example, one or more reception and/or transmission paths may be implemented in the UE **102**. For convenience, only a single transceiver **118**, decoder **108**, demodulator **114**, encoder **150** and modulator **154** are illustrated in the UE **102**, though multiple parallel elements (e.g., transceivers **118**, decoders **108**, demodulators **114**, encoders **150** and modulators **154**) may be implemented.

The transceiver **118** may include one or more receivers **120** and one or more transmitters **158**. The one or more receivers **120** may receive signals from the gNB **160** using one or more antennas **122***a-n*. For example, the receiver **120** may receive and downconvert signals to produce one or more received signals **116**. The one or more received signals

6

**116** may be provided to a demodulator **114**. The one or more transmitters **158** may transmit signals to the gNB **160** using one or more physical antennas **122***a-n*. For example, the one or more transmitters **158** may upconvert and transmit one or more modulated signals **156**.

The demodulator **114** may demodulate the one or more received signals **116** to produce one or more demodulated signals **112**. The one or more demodulated signals **112** may be provided to the decoder **108**. The UE **102** may use the decoder **108** to decode signals. The decoder **108** may produce decoded signals **110**, which may include a UE-decoded signal **106** (also referred to as a first UE-decoded signal **106**). For example, the first UE-decoded signal **106** may comprise received payload data, which may be stored in a data buffer **104**. Another signal included in the decoded signals **110** (also referred to as a second UE-decoded signal **110**) may comprise overhead data and/or control data. For example, the second UE-decoded signal **110** may provide data that may be used by the UE operations module **124** to perform one or more operations.

In general, the UE operations module **124** may enable the UE **102** to communicate with the one or more gNBs **160**. The UE operations module **124** may include one or more of a UE scheduling module **126**.

The UE scheduling module **126** may perform downlink reception(s) and uplink transmission(s). The downlink reception(s) include reception of data, reception of downlink control information, and/or reception of downlink reference signals. Also, the uplink transmissions include transmission of data, transmission of uplink control information, and/or transmission of uplink reference signals.

In a radio communication system, physical channels (uplink physical channels and/or downlink physical channels) may be defined. The physical channels (uplink physical channels and/or downlink physical channels) may be used for transmitting information that is delivered from a higher layer.

For example, in uplink, a PRACH (Physical Random Access Channel) may be defined. For instance, the PRACH may be used for a random access preamble (e.g., a message 1 (Msg.1)). In some approaches, the PRACH may be used for an initial access connection establishment procedure, a handover procedure, a connection re-establishment, a timing adjustment (e.g., a synchronization for an uplink transmission) and/or for requesting an uplink shared channel (UL-SCH) resource (e.g., the uplink PSCH (e.g., PUSCH) resource).

In another example, a PCCH (Physical Control Channel) may be defined. The PCCH may be used to transmit control information. In uplink, PCCH (e.g., Physical Uplink Control Channel (PUCCH)) is used for transmitting Uplink Control Information (UCI). The UCI may include Hybrid Automatic Repeat Request (HARQ-ACK), channel state information (CSI) and/or a scheduling request (SR). The HARQ-ACK is used for indicating a positive acknowledgement (ACK) or a negative acknowledgment (NACK) for downlink data (e.g., Transport block(s), Medium Access Control Protocol Data Unit (MAC PDU) and/or Downlink Shared Channel (DL-SCH)). The CSI is used for indicating state of downlink channel (e.g., a downlink signal(s)). Here, the CSI reporting may be periodic and/or aperiodic. Also, the SR is used for requesting resources of uplink data (e.g., Transport block(s), MAC PDU and/or Uplink Shared Channel (UL-SCH)).

Here, the DL-SCH and/or the UL-SCH may be a transport channel that is used in the MAC layer. Also, a transport block(s) (TB(s)) and/or a MAC PDU may be defined as a unit(s) of the transport channel used in the MAC layer. For

US 10,855,432 B2

7

example, control, management, and/or process of HARQ may be performed, in the MAC layer, per the transport block. The transport block may be defined as a unit of data delivered from the MAC layer to the physical layer. The MAC layer may deliver the transport block to the physical layer (i.e., the MAC layer delivers the data as the transport block to the physical layer). In the physical layer, the transport block may be mapped to one or more codewords.

In downlink, the PCCH (e.g., Physical Downlink Control Channel (PDCCH)) may be used for transmitting downlink control information (DCI). Here, more than one DCI format may be defined (e.g., configured) for DCI transmission on the PCCH. Namely, fields may be defined in the DCI format, and the fields are mapped to the information bits (e.g., DCI bits).

For example, a DCI format 1, a DCI format 1A, a DCI format 2, and/or a DCI format 2A that are used for scheduling of downlink physical shared channel(s) in a cell may be defined as the DCI format for the downlink. Here, the DCI format 1, the DCI format 1A, the DCI format 2, and/or the DCI format 2A described herein may be assumed to be included in a DCI format A in some implementations for the sake of simplifying description. Also, a DCI format X and/or a DCI format Y that are used for scheduling of downlink physical channel(s) in a cell may be defined as the DCI format (e.g., a fallback DCI format) for the downlink. Here, the DCI format X and/or the DCI format Y described herein may be assumed to be included in a DCI format B in some implementations for the sake of simplifying descriptions. Also, DCI format Z and/or a DCI format K that are used for activating, deactivating, and/or switching a serving cell(s) (e.g., one or more secondary cell(s), one or more downlink secondary cells, and/or one or more secondary downlink component carriers) and/or a bandwidth part(s) (e.g., one or more DL BWP(s)) may be defined as the DCI format for the downlink. Here, the DCI format Z and/or the DCI format K described herein may be assumed to be included in a DCI format C in some implementations for the sake of simplifying descriptions.

Also, a DCI format 0, and/or a DCI format 4 that are used for scheduling of uplink physical shared channel(s) in a cell may be defined as the DCI format for the uplink. Here, the DCI format 0, and/or the DCI format 4 described herein may be assumed to be included in a DCI format D in some implementations for the sake of simplifying description. Also, a DCI format L and/or a DCI format M that are used for scheduling of uplink physical channel(s) in a cell may be defined as the DCI format (e.g., a fallback DCI format) for the uplink. Here, the DCI format L and/or the DCI format M described herein may be assumed to be included in a DCI format E in some implementations for the sake of simplifying descriptions. Also, a DCI format O and/or a DCI format P that are used for activating, deactivating, and/or switching a serving cell(s) (e.g., one or more secondary cell(s), one or more uplink secondary cells, and/or one or more secondary uplink component carriers) and/or a bandwidth part(s) (e.g., one or more UL BWP(s)) may be defined as the DCI format for the uplink. Here, the DCI format O and/or the DCI format P described herein may be assumed to be included in a DCI format F in some implementations for the sake of simplifying descriptions.

Here, as described above, a RNTI(s) assigned (e.g., by the gNB 160) to the UE 102 may be used for transmission of DCI (e.g., the DCI format(s), DL control channel(s) (e.g., the PDCCH(s)). Namely, CRC (Cyclic Redundancy Check) parity bits (also referred to simply as CRC), which are generated based on DCI, are attached to DCI, and, after

8

attachment, the CRC parity bits are scrambled by the RNTI(s). The UE 102 may attempt to decode (e.g., blind decoding, monitor, detect) DCI to which the CRC parity bits scrambled by the RNTI(s) are attached. Namely, the UE 102 detects DL control channel (e.g., the PDCCH, the DCI, the DCI format(s)) based on the blind decoding. That is, the UE 102 may decode the DL control channel(s) with the CRC scrambled by the RNTI(s). In other words, the UE 102 may monitor the DL control channel(s) with the RNTI(s). Also, as described below, the UE 102 may detect the DCI format(s) in a USS (i.e., the CORESET of a USS (i.e., a UE-specific search space)) and/or a CSS (i.e., the CORE-SET of a CSS (i.e., a common search space, a UE-common search space)). Namely, the UE 102 may detect the DCI format(s) with the RNTI(s).

Here, the RNTI(s) may include C-RNTI (Cell-RNTI, a first C-RNTI), SPS C-RNTI (Semi-Persistent Scheduling C-RNTI, a second C-RNTI), CS-RNTI (Configured Scheduling C-RNTI), C-RNTI for the fallback DCI format(s) (e.g., a third C-RNTI for the DCI format B and/or the DCI format E), C-RNTI for the activating/deactivating/switching DCI format(s) (a fourth C-RNTI for the DCI format C and/or the DCI format F), SI-RNTI (System Information RNTI), P-RNTI (Paging RNTI), RA-RNTI (Random Access-RNTI), and/or Temporary C-RNTI.

For example, the C-RNTI may be a unique identification used for identifying a RRC connection and/or scheduling. Also, the SPS C-RNTI may be a unique identification used for semi-persistent scheduling. Also, the CS-RNTI may be a unique identification used for scheduling of transmission based on a configured grant. Also, the C-RNTI for the fallback DCI format(s) may be a unique identification used for scheduling by the fallback DCI format(s). Also, the C-RNTI for the activating/deactivating/switching DCI format(s) may be a unique identification used for scheduling by the DCI format(s) used for the activating/deactivating/switching of the serving cell(s) and/or the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)). Also, the SI-RNTI may be used for identifying SI (i.e., SI message) mapped on the BCCH and dynamically carried on DL-SCH. Also, the SI-RNTI may be used for broadcasting of SI. Also, the P-RNTI may be used for transmission of paging and/or SI change notification. Also, the RA-RNTI may be an identification used for the random access procedure. Also, the Temporary C-RNTI may be used for the random access procedure.

Also, for example, PSCH may be defined. For example, in a case that the downlink PSCH resource (e.g., the PDSCH, the PDSCH resource) is scheduled by using the DCI format(s), the UE 102 may receive the downlink data, on the scheduled downlink PSCH resource (e.g., the PDSCH, the PDSCH resource). Also, in a case that the uplink PSCH resource (e.g., the PUSCH, the PUSCH resource) is scheduled by using the DCI format(s), the UE 102 transmits the uplink data, on the scheduled uplink PSCH resource (e.g., the PUSCH, the PUSCH resource). Namely, the downlink PSCH may be used to transmit the downlink data (i.e., DL-SCH, a downlink transport block(s)). And, the uplink PSCH may be used to transmit the uplink data (i.e., UL-SCH, an uplink transport block(s)).

Furthermore, the downlink PSCH (e.g., the PDSCH) and/or the uplink PSCH (e.g., the PUSCH) may be used to transmit information of a higher layer (e.g., a radio resource control (RRC)) layer, and/or a MAC layer). For example, the downlink PSCH (i.e., from the gNB 160 to the UE 102) and/or the uplink PSCH (i.e., from the UE 102 to the gNB 160) may be used to transmit a RRC message (a RRC

US 10,855,432 B2

9

signal). Also, the downlink PSCH (i.e., from the gNB **160** to the UE **102**) and/or the uplink PSCH (i.e., from the UE **102** to the gNB **160**) may be used to transmit a MAC control element (a MAC CE). Here, the RRC message that is transmitted from the gNB **160** in downlink may be common to multiple UEs **102** (and/or multiple serving cells) within a cell (referred as a common RRC message). Also, the RRC message that is transmitted from the gNB **160** may be dedicated to a certain UE **102** (and/or a serving cell (i.e., a serving cell-dedicated)) (referred as a dedicated RRC message). The RRC message and/or the MAC CE are also referred to as a higher layer signal.

In some approaches, a PBCH (physical broadcast channel, (e.g., primary PBCH)) may be defined. For example, the PBCH may be used for broadcasting the MIB (master information block). For instance, the MIB may be used by multiple UEs **102** and may include system information transmitted on the BCH (broadcast channel). Also, the MIB may include information (e.g., an information block) for configuring a secondary PBCH. Furthermore, the MIB may include information (e.g., an information block) for configuring the downlink PSCH (e.g., PDSCH). For example, the PBCH (e.g., MIB) may be used for carrying, at least, information indicating a SFN (system frame number).

Here, the system information may be divided into the MIB and a number of SIB(s) (system information block(s)). The MIB may include a limited number of most essential and/or most frequently transmitted information (e.g., parameter(s)) that are needed to acquire other information from the cell. Namely, the PBCH (e.g., MIB) may include minimum system information. Also, the SIB(s) may be carried in a system information message. For example, the SIB(s) may be transmitted on the secondary PBCH and/or the downlink PSCH (e.g., the PDSCH). The SIB(s) (e.g., System Information Block Type 2) may include remaining minimum system information (i.e., RMSI). For example, the SIB(s) (e.g., System Information Block Type 2) may contain radio resource configuration information that is common for multiple UEs **102**.

In some approaches, in downlink, a SS (Synchronization Signal) may be defined. The SS may be used for synchronizing downlink time-frequency (a time domain and/or a frequency domain). The SS may include a PSS (Primary Synchronization Signal). Additionally or alternatively, the SS may include a SSS (Secondary Synchronization Signal). For example, the PSS, the SSS, and/or the PBCH may be used for identifying a physical layer cell identity.

In the radio communication for uplink, UL RS(s) may be used as uplink physical signal(s). The uplink physical signal may not be used to transmit information that is provided from the higher layer, but is used by a physical layer. For example, the UL RS(s) may include the demodulation reference signal(s), the UE-specific reference signal(s), the sounding reference signal(s) (the SRS(s)) and/or the beam-specific reference signal(s). The demodulation reference signal(s) may include the demodulation reference signal(s) associated with transmission of the uplink physical channel (e.g., the PUSCH and/or the PUCCH).

Also, in the radio communication for downlink, DL RS(s) may be used as downlink physical signal(s). The downlink physical signal may not be used to transmit information that is provided from the higher layer, but is used by a physical layer. For example, the DL RS(s) may include the cell-specific reference signal(s), the UE-specific reference signal(s), the demodulation reference signal(s), and/or the channel state information reference signal(s) (the CSI-RS(s)). The UE-specific reference signal may include

10

the UE-specific reference signal(s) associated with transmission of the downlink physical channel (e.g., the PDSCH and/or the PDCCH). Also, the demodulation reference signal(s) may include the demodulation reference signal(s) associated with transmission of the downlink physical channel (e.g., the PDSCH and/or the PDCCH). Also, the CSI-RS may include Non-zero power Channel State Information-Reference signal(s) (NZP CSI-RS), and/or Zero power Channel State Information-Reference signal (ZP CSI-RS).

Here, the downlink physical channel(s) and/or the downlink physical signal(s) described herein may be assumed to be included in a downlink signal (i.e., a DL signal(s)) in some implementations for the sake of simple descriptions. Also, the uplink physical channel(s) and/or the uplink physical signal(s) described herein may be assumed to be included in an uplink signal (i.e. an UL signal(s)) in some implementations for the sake of simple descriptions.

The UE operations module **124** may provide information **148** to the one or more receivers **120**. For example, the UE operations module **124** may inform the receiver(s) **120** when to receive retransmissions.

The UE operations module **124** may provide information **138** to the demodulator **114**. For example, the UE operations module **124** may inform the demodulator **114** of a modulation pattern anticipated for transmissions from the gNB **160**.

The UE operations module **124** may provide information **136** to the decoder **108**. For example, the UE operations module **124** may inform the decoder **108** of an anticipated encoding for transmissions from the gNB **160**.

The UE operations module **124** may provide information **142** to the encoder **150**. The information **142** may include data to be encoded and/or instructions for encoding. For example, the UE operations module **124** may instruct the encoder **150** to encode transmission data **146** and/or other information **142**. The other information **142** may include PDSCH HARQ-ACK information.

The encoder **150** may encode transmission data **146** and/or other information **142** provided by the UE operations module **124**. For example, encoding the data **146** and/or other information **142** may involve error detection and/or correction coding, mapping data to space, time and/or frequency resources for transmission, multiplexing, etc. The encoder **150** may provide encoded data **152** to the modulator **154**.

The UE operations module **124** may provide information **144** to the modulator **154**. For example, the UE operations module **124** may inform the modulator **154** of a modulation type (e.g., constellation mapping) to be used for transmissions to the gNB **160**. The modulator **154** may modulate the encoded data **152** to provide one or more modulated signals **156** to the one or more transmitters **158**.

The UE operations module **124** may provide information **140** to the one or more transmitters **158**. This information **140** may include instructions for the one or more transmitters **158**. For example, the UE operations module **124** may instruct the one or more transmitters **158** when to transmit a signal to the gNB **160**. For instance, the one or more transmitters **158** may transmit during a UL subframe. The one or more transmitters **158** may upconvert and transmit the modulated signal(s) **156** to one or more gNBs **160**.

Each of the one or more gNBs **160** may include one or more transceivers **176**, one or more demodulators **172**, one or more decoders **166**, one or more encoders **109**, one or more modulators **113**, a data buffer **162** and a gNB operations module **182**. For example, one or more reception and/or transmission paths may be implemented in a gNB **160**. For convenience, only a single transceiver **176**, decoder

US 10,855,432 B2

11

166, demodulator 172, encoder 109 and modulator 113 are illustrated in the gNB 160, though multiple parallel elements (e.g., transceivers 176, decoders 166, demodulators 172, encoders 109 and modulators 113) may be implemented.

The transceiver 176 may include one or more receivers 178 and one or more transmitters 117. The one or more receivers 178 may receive signals from the UE 102 using one or more physical antennas 180a-n. For example, the receiver 178 may receive and downconvert signals to produce one or more received signals 174. The one or more received signals 174 may be provided to a demodulator 172. The one or more transmitters 117 may transmit signals to the UE 102 using one or more physical antennas 180a-n. For example, the one or more transmitters 117 may upconvert and transmit one or more modulated signals 115.

The demodulator 172 may demodulate the one or more received signals 174 to produce one or more demodulated signals 170. The one or more demodulated signals 170 may be provided to the decoder 166. The gNB 160 may use the decoder 166 to decode signals. The decoder 166 may produce one or more decoded signals 164, 168. For example, a first eNB-decoded signal 164 may comprise received payload data, which may be stored in a data buffer 162. A second eNB-decoded signal 168 may comprise overhead data and/or control data. For example, the second eNB-decoded signal 168 may provide data (e.g., PDSCH HARQ-ACK information) that may be used by the gNB operations module 182 to perform one or more operations.

In general, the gNB operations module 182 may enable the gNB 160 to communicate with the one or more UEs 102. The gNB operations module 182 may include one or more of a gNB scheduling module 194. The gNB scheduling module 194 may perform scheduling of downlink and/or uplink transmissions as described herein.

The gNB operations module 182 may provide information 188 to the demodulator 172. For example, the gNB operations module 182 may inform the demodulator 172 of a modulation pattern anticipated for transmissions from the UE(s) 102.

The gNB operations module 182 may provide information 186 to the decoder 166. For example, the gNB operations module 182 may inform the decoder 166 of an anticipated encoding for transmissions from the UE(s) 102.

The gNB operations module 182 may provide information 101 to the encoder 109. The information 101 may include data to be encoded and/or instructions for encoding. For example, the gNB operations module 182 may instruct the encoder 109 to encode information 101, including transmission data 105.

The encoder 109 may encode transmission data 105 and/or other information included in the information 101 provided by the gNB operations module 182. For example, encoding the data 105 and/or other information included in the information 101 may involve error detection and/or correction coding, mapping data to space, time and/or frequency resources for transmission, multiplexing, etc. The encoder 109 may provide encoded data 111 to the modulator 113. The transmission data 105 may include network data to be relayed to the UE 102.

The gNB operations module 182 may provide information 103 to the modulator 113. This information 103 may include instructions for the modulator 113. For example, the gNB operations module 182 may inform the modulator 113 of a modulation type (e.g., constellation mapping) to be used for transmissions to the UE(s) 102. The modulator 113 may modulate the encoded data 111 to provide one or more modulated signals 115 to the one or more transmitters 117.

12

The gNB operations module 182 may provide information 192 to the one or more transmitters 117. This information 192 may include instructions for the one or more transmitters 117. For example, the gNB operations module 182 may instruct the one or more transmitters 117 when to (or when not to) transmit a signal to the UE(s) 102. The one or more transmitters 117 may upconvert and transmit the modulated signal(s) 115 to one or more UEs 102.

It should be noted that a DL subframe may be transmitted from the gNB 160 to one or more UEs 102 and that a UL subframe may be transmitted from one or more UEs 102 to the gNB 160. Furthermore, both the gNB 160 and the one or more UEs 102 may transmit data in a standard special subframe.

It should also be noted that one or more of the elements or parts thereof included in the eNBs(s) 160 and UE(s) 102 may be implemented in hardware. For example, one or more of these elements or parts thereof may be implemented as a chip, circuitry or hardware components, etc. It should also be noted that one or more of the functions or methods described herein may be implemented in and/or performed using hardware. For example, one or more of the methods described herein may be implemented in and/or realized using a chipset, an application-specific integrated circuit (ASIC), a large-scale integrated circuit (LSI) or integrated circuit, etc.

FIG. 2 shows examples of multiple numerologies. As shown in FIG. 2, multiple numerologies (i.e., multiple subcarrier spacing) may be supported. For example, μ (e.g., a subcarrier space configuration) and a cyclic prefix (e.g., the μ and the cyclic prefix for a carrier bandwidth part) may be configured by higher layer parameters (i.e., a RRC message) for the downlink and/or the uplink. Here, 15 kHz may be a reference numerology. For example, an RE of the reference numerology may be defined with a subcarrier spacing of 15 kHz in a frequency domain and 2048 Ts+CP length (e.g., 160 Ts or 144 Ts) in a time domain, where Ts denotes a baseband sampling time unit defined as 1/(15000*2048) seconds.

Also, a number of OFDM symbol(s) per slot ($N_{symb}^{slot}$) may be determined based on the μ (e.g., the subcarrier space configuration). Here, for example, a slot configuration 0 (i.e., the number of OFDM symbols per slot may be 14) and/or a slot configuration (i.e., the number of OFDM symbols per slot may be 7) may be defined.

FIG. 3 is a diagram illustrating one example of a resource grid and resource block (e.g., for the downlink and/or the uplink). The resource grid illustrated in FIG. 3 may be utilized in some implementations of the systems and methods disclosed herein.

In FIG. 3, one subframe may include $N_{symbol}^{subframe,\mu}$ symbols. Also, a resource block may include a number of resource elements (RE). Here, in the downlink, the OFDM access scheme with cyclic prefix (CP) may be employed, which may be also referred to as CP-OFDM. A downlink radio frame may include multiple pairs of downlink resource blocks (RBs) which is also referred to as physical resource blocks (PRBs). The downlink RB pair is a unit for assigning downlink radio resources, defined by a predetermined bandwidth (RB bandwidth) and a time slot. The downlink RB pair may include two downlink RBs that are continuous in the time domain. And, the downlink RB may include twelve sub-carriers in frequency domain and seven (for normal CP) or six (for extended CP) OFDM symbols in time domain. A region defined by one sub-carrier in frequency domain and one OFDM symbol in time domain is referred to as a resource element (RE) and is uniquely identified by the

US 10,855,432 B2

13

14

index pair (k,l), where k and l are indices in the frequency and time domains, respectively.

Also, in the uplink, in addition to CP-OFDM, a Single-Carrier Frequency Division Multiple Access (SC-FDMA) access scheme may be employed, which is also referred to as Discrete Fourier Transform-Spreading OFDM (DFT-S-OFDM). An uplink radio frame may include multiple pairs of uplink resource blocks. The uplink RB pair is a unit for assigning uplink radio resources, defined by a predetermined bandwidth (RB bandwidth) and a time slot. The uplink RB pair may include two uplink RBs that are continuous in the time domain. The uplink RB may include twelve sub-carriers in frequency domain and seven (for normal CP) or six (for extended CP) OFDM/DFT-S-OFDM symbols in time domain. A region defined by one sub-carrier in the frequency domain and one OFDM/DFT-S-OFDM symbol in the time domain is referred to as a resource element (RE) and is uniquely identified by the index pair (k,l) in a slot, where k and l are indices in the frequency and time domains respectively.

Each element in the resource grid (e.g., antenna port p) and the subcarrier configuration μ is called a resource element and is uniquely identified by the index pair (k,l) where $k=0, \ldots, N_{RB}^\mu N_{SC}^{RB}-1$ is the index in the frequency domain and l refers to the symbol position in the time domain. The resource element (k,l) on the antenna port p and the subcarrier spacing configuration μ is denoted $(k,l)_{p,\mu}$. The physical resource block is defined as $N_{SC}^{RB}=12$ consecutive subcarriers in the frequency domain. The physical resource blocks are numbered from 0 to $N_{RB}^\mu-1$ in the frequency domain. The relation between the physical resource block number $n_{PRB}$ in the frequency domain and the resource element (k,l) is given by

$$n_{PRB} = \left\lfloor \frac{k}{N_{SC}^{RB}} \right\rfloor.$$

FIG. 4 shows examples of resource regions (e.g., resource region of the downlink). One or more sets of PRB(s) (e.g., a control resource set (e.g., CORESET)) may be configured for DL control channel monitoring (e.g., the PDSCH monitoring). For example, the control resource set (e.g., the CORESET) is, in the frequency domain and/or the time domain, a set of PRBs within which the UE 102 attempts to decode the DCI (e.g., the DCI format(s), the PDDCH(s)), where PRBs may or may not be frequency contiguous and/or time contiguous, a UE 102 may be configured with one or more control resource sets (i.e., the CORESETs) and one DCI message may be mapped within one control resource set. In the frequency-domain, a PRB is the resource unit size (which may or may not include DM-RS) for the DL control channel.

The UE 102 may monitor a set of candidates of the DL control channel(s) in the control resource set (e.g., the CORESET). Here, the candidates of DL control channel (s) may be candidates for which the DL control channel(s) may possibly be mapped, assigned, and/or transmitted. For example, a candidate of the DL control channel(s) is composed of one or more control channel elements (CCEs). Here, the term "monitor" means that the UE 102 attempts to decode each DL control channel(s) in the set of candidates of the DL control channel(s) in accordance with all the DCI format(s) to be monitored.

The set of candidates of the DL control channel(s) (e.g., the PDDCH(s), the PDCCH candidates, the CORESET) for

the UE 102 monitors may be also referred to as a search space(s). That is, the search space(s) is a set of resource (e.g., CORESET) that may possibly be used for transmission of the DL control channel(s). The UE 102 may monitor the set of candidates of the DL control channel(s) according to the search space(s) where monitoring implies attempting to detect each DL control channel(s) candidate according to the monitored DCI formats.

Here, the common search space (the CSS, the UE-common search space) and/or the user-equipment search space (the USS, the UE-specific search space) are defined (or set, configured) in a region(s) of DL control channel(s) (e.g., the DL control channel monitoring regions, CORESET). For example, the CSS may be used for transmission of DCI to a plurality of the UEs 102. That is, the CSS may be defined by a resource common to a plurality of the UEs 102. Here, the gNB 160 may configure, by using the PBCH (e.g., the MIB), the PDSCH (e.g., the SIB type 2), and/or the RRC message (e.g., the dedicated RRC message), the CSS (e.g., the region of the CSS, the control resource set of the CSS). Also, the gNB 160 may transmit, in the CSS, DCI format(s) to a plurality of the UEs 102. The sets of candidates of DL control channel(s) that the UE 102 monitors may be defined in terms of DL control channel(s) CSS. A DL control channel(s) CSS at CCE aggregation level may be defined by the set of candidates of the DL control channel(s).

Here, the CSS may be used for transmission of DCI to a specific UE 102. That is, the gNB 160 may transmit, in the CSS, DCI format(s) intended for a plurality of the UEs 102 and/or DCI format(s) intended for a specific UE 102.

The USS may be used for transmission of DCI to a specific UE 102. That is, the USS is defined by a resource dedicated to a certain UE 102. The USS may be defined independently for each UE 102. For example, the USS may be composed of CCEs having numbers that are determined based on a Radio Network Temporary Identifier (RNTI) (e.g., the C-RNTI), a slot number in a radio frame, an aggregation level, and/or the like. The RNTI(s) may be assigned by the gNB 160. Namely, each of the USSs corresponding to each of the RNTI(s) described below may be defined. For example, the USS may be defined for the DCI format(s) with CRC scrambled by the C-RNTI and/or the CS-RNTI. Also, for example, the gNB 160 may configure, by using the PBCH (e.g., the MIB), the PDSCH (e.g., the SIB type 2), and/or the RRC message (e.g., the dedicated RRC message), the USS (e.g., the region of the USS, the control resource set of the USS). Also, the gNB 160 may transmit, in the USS, DCI format(s) intended for a specific UE 102. The sets of candidates of DL control channel(s) that the UE 102 monitors may be defined in terms of DL control channel(s) USS. A DL control channel(s) USS at CCE aggregation level may be defined by the set of candidates of the DL control channel(s).

Namely, the gNB 160 may transmit, by using the PBCH (e.g., the MIB), the PDSCH (e.g., the SIB type 2), and/or the RRC message (e.g., the dedicated RRC message), information used for configuring one or more control resource sets (i.e., one or more CORESETs). Also, for each of the one or more control resource sets, the CSS(s) and/or the USS may be mapped. For example, in a CORESET (e.g., in a given CORESET), at least, two types of search space (i.e., the CSS and the USS (e.g., a set of the CSS and a set of USS)) may be configured to the UE 102. Also, for example, the gNB 160 may transmit information used for configuring the occasion(s) of DL control channel(s) monitoring (the control resource set monitoring). Here, the DL control channel(s) may be the PCCH(s) (e.g., the PDCCH(s)). Also, the occa-

US 10,855,432 B2

15

sion(s) may correspond to a subframe, a slot, a sub-slot, and/or a symbol. Namely, the occasion(s) may correspond to a position(s) (e.g., a timing, a time resource, a time location, a time index, an index of the subframe(s), the slot(s), the sub-slot(s), and/or the symbol(s)). Also, for example, the occasion(s) may correspond to a periodicity (e.g., a periodicity of a subframe, a slot, a sub-slot, and/or a symbol) for which the UE **102** monitors the PDCCH. Namely, the gNB **160** may configure, to the UE **102**, a periodicity for monitoring of PDCCH (i.e., PDCCH monitoring periodicity, PDCCH monitoring occasion(s)).

For example, the gNB **160** may transmit, e.g., by using the PBCH (e.g., the MIB), the PDSCH (e.g., the SIB type 2 (i.e., RMSI)), and/or the RRC message (e.g., the dedicated RRC message), information used for configuring the occasion(s) (i.e., the PDCCH monitoring periodicity, the PDCCH monitoring occasion(s)). And, the UE **102** may monitor the PDCCH based on the information used for configuring the occasion(s). Namely, for each search space set in the CORE-SET, the UE **102** may determine the PDCCH monitoring occasion(s) based on the information used for configuring the occasion(s).

Here, the information used for configuring the occasion(s) may be configured per serving cell. Namely, the information used for configuring the occasion(s) may be configured for each of the serving cells (e.g., each of the primary cell and the one or more secondary cells). Also, the information used for configuring the occasion(s) may be configured per BWP (e.g., per BWP in the serving cell(s)). Namely, the information used for configuring the occasion(s) may be configured for each of the BWPs (e.g., each of the DL BWP(s)). Also, the information used for configuring the occasion(s) may be configured DCI format. For example, the information used for configuring the occasion(s) may be configured for each of the DCI formats (e.g., the DCI format A, the DCI format C, the DCI format D, and/or the DCI format F). Also, the information used for configuring the occasion(s) may be configured each of the DCI format(s) for the downlink (e.g., the DCI format A, and/or the DCI format C) and the DCI format(s) for the uplink (e.g., the DCI format D, and/or the DCI format F). Also, the information used for configuring the occasion(s) may be configured for each of the search spaces (e.g., the USS, and/or the CSS(s)).

Here, the search space (e.g., the CSS and/or the USS (e.g., a set of the CSS and/or a set of USS)) may be defined based on the number of PDCCH candidates for each aggregation level (e.g., 1, 2, 4, 8, 16), the PDCCH monitoring occasion(s) for the set of the search space(s), and/or each set of search spaces associated with the CORESET. For example, the gNB **160** may configure the number of PDCCH candidates for each aggregation level. Also, the gNB **160** may configure the PDCCH monitoring occasion(s) for the set of the search space(s). Also, the gNB **160** may configure each set of search spaces associated with the CORESET. Namely, for example, an index of the search space may be defined (e.g., computed) based on the number of PDCCH candidates for each aggregation level (e.g., 1, 2, 4, 8, 16), the PDCCH monitoring occasion(s) for the set of the search space(s), and/or each set of search spaces associated with the CORESET.

Here, as described below, the DCI format A may be used for activating and/or deactivating a serving cell(s) (e.g., one or more secondary cell(s), one or more downlink secondary cells, and/or one or more secondary downlink component carriers). Also, the DCI format A may be used for activating and/or deactivating a bandwidth part(s) (e.g., one or more BWPs in a serving cell(s), one or more DL BWPs in a

16

serving cell(s)). Also, the C-RNTI (i.e., a first C-RNTI), the SPS C-RNTI (i.e., a second C-RNTI), and/or the CS-RNTI may be used to transmit the DCI format A. Here, the DCI format A may be monitored (e.g., transmitted, mapped) in the CSS and the USS.

For example, the DCI format A may include resource assignment information (e.g., the resource assignment of the PDSCH). For example, the DCI format A may include frequency domain resource assignment information. Also, the DCI format A may include time domain resource assignment information. Also, the DCI format A may include information used for indicating a modulation and coding scheme (e.g., a MCS information, a MCS field). Also, the DCI format A may include information (e.g., a new data indicator) used for indicating whether a transmission is a new transmission or not. Also, the DCI format A may include information (e.g., a CSI request, a CSI request field(s)) used for requesting transmission of CSI (i.e., CSI report, aperiodic CSI report (i.e., aperiodic CSI reporting)) on the PUSCH and/or the PUCCH. Also, the DCI format A may include information (i.e., a carrier indicator, a carrier indicator field(s), e.g., 3-bit information field(s)) used for indicating a serving cell(s) (e.g., a carrier(s)). For example, the carrier indicator may be used for indicating the serving cell(s) in which the corresponding PDSCH(s) is scheduled. Also, the DCI format A may include information (i.e., a BWP indicator, a BWP indicator field(s), e.g., 1-bit or 2-bit information field(s)) used for indicating a BWP(s). For example, the BWP indicator may be used for indicating the BWP(s) (e.g., the DL BWP(s)) that is activated. Also, the BWP indicator may be used for indicating the DL BWP(s) in which the corresponding PDSCH(s) is scheduled. Also, the DCI format A may include information used for indicating a transmission power control (TPC) command for the PUCCH.

Also, as described above, the DCI format B may be used for scheduling of the downlink PSCH (e.g., the PDSCH). Namely, the DCI format B may be a scheduling DCI. Also, the C-RNTI (i.e., the first C-RNTI), SPS C-RNTI (i.e., the second C-RNTI), and/or the CS-RNTI may be used to transmit the DCI format B. Here, the DCI format B may be monitored (e.g., transmitted, mapped) in the CSS only.

For example, the DCI format B may include resource assignment information (e.g., the resource assignment of the PDSCH). For example, the DCI format B may include frequency domain resource assignment information. Also, the DCI format B may include time domain resource assignment information. Also, the DCI format B may include information used for indicating a modulation and coding scheme (e.g., a MCS information, a MCS field(s)). Also, the DCI format B may include information (e.g., a new data indicator) used for indicating whether a transmission is a new transmission or not. Also, the DCI format B may include information (e.g., a CSI request, a CSI request field(s)) used for requesting transmission of CSI (i.e., CSI report, aperiodic CSI report (i.e., aperiodic CSI reporting)) on the PUSCH and/or the PUCCH. Also, the DCI format B may include information used for indicating a transmission power control (TPC) command for the PUCCH. Namely, the DCI format B may not include the carrier indicator (e.g., the carrier indicator field(s)). Also, the DCI format B may not include the BWP indicator (e.g., the BWP indicator field(s)).

Also, as described above, the DCI format C may be used for activating, deactivating, and/or switching the serving cell(s) and/or the BWP(s). Namely, the DCI format B may be an activating/deactivating/switching DCI. Here, the C-RNTI (i.e., the first C-RNTI), SPS C-RNTI (i.e., the

US 10,855,432 B2

17 | 18

second C-RNTI), and/or the CS-RNTI may be used to transmit the DCI format C. Also, the DCI format C may be monitored (e.g., transmitted, mapped) in the CSS and the USS.

And, in a case that the DCI format A is received (i.e., based on the detection of the DCI format A), the UE **102** may receive (i.e., decode, detect) the scheduled PDSCH. Also, in a case that the DCI format B is received (i.e., based on the detection of the DCI format B), the UE **102** may receive (i.e., decode, detect) the scheduled PDSCH. Also, in a case that the DCI format C is received (i.e., based on the detection of the DCI format C), the UE **102** may perform activation, deactivation and/or switching for the indicated serving cell(s) (e.g., the serving cell(s) used for receiving the downlink signal, and/or a downlink communication).

Here, for example, an index (e.g., a BWP index) of an initial active BWP(s) (e.g., an initial active DL BWP(s)) (e.g., if the default BWP(s) is not configured) may be corresponding to a value of "00". Namely, a value of "0" may be applied for the initial active BWP(s) (e.g., the initial active DL BWP(s)) (e.g., if the default BWP(s) is not configured). Namely, the value of "0" may be the index (e.g., the BWP index) of the initial active BWP(s) (e.g., the initial active DL BWP(s)). Also, for example, the index (e.g., the BWP index) of the default BWP(s) (e.g., the default DL BWP(s)) (e.g., if the default BWP(s) is configured) may be corresponding to the value of "00". Namely, the value of "0" may be applied for the default BWP(s) (e.g., the default DL BWP(s)) (e.g., if the default BWP(s) is configured). Namely, the value of "0" may be the index (e.g., the BWP index) of the default BWP(s) (e.g., the default DL BWP(s)). Namely, the value of "0" may be used for the index (e.g., the BWP index) of the initial active BWP(s) (e.g., the initial active DL BWP(s)). Namely, the value of "0" may be used for the index (e.g., the BWP index) of the default BWP(s) (e.g., the default DL BWP(s)).

Here, the index of the BWP(s) (e.g., the index of the DL BWP(s) (e.g., the index of the initial active DL BWP(s), the index of the default DL BWP(s), and/or the index of the active DL BWP)) may be the identifier of BWP(s) (e.g., DL BWP ID). Also, the index of the BWP(s) (e.g., the index of the DL BWP(s) (e.g., the index of the initial active DL BWP(s), the index of the default DL BWP(s), and/or the index of the active DL BWP(s))) may be an index of BWP(s) for the PDCCH. Also, the index of the BWP(s) (e.g., the index of the DL BWP(s) (e.g., the index of the initial active DL BWP(s), the index of the default DL BWP(s), and/or the index of the active DL BWP(s))) may be an index of BWP(s) for the PDSCH. Namely, the index of the BWP(s) (e.g., the index of the DL BWP(s) (e.g., the index of the initial active DL BWP(s), the index of the default DL BWP(s), and/or the index of the active DL BWP(s))) may be an index of the PDCCH (e.g., the PDCCH BWP). Also, the index of the BWP(s) (e.g., the index of the DL BWP(s) (e.g., the index of the initial active DL BWP(s), the index of the default DL BWP(s), and/or the index of the active DL BWP(s))) may be an index of PDSCH (e.g., the PDSCH BWP).

Here, as described below, the DCI format D may be used for activating and/or deactivating a serving cell(s) (e.g., one or more secondary cell(s), one or more uplink secondary cells, and/or one or more uplink component carriers). Also, the DCI format D may be used for activating and/or deactivating a bandwidth part(s) (e.g., one or more BWPs in a serving cell(s), one or more UL BWPs in a serving cell(s)). Also, the C-RNTI (i.e., a first C-RNTI), the SPS C-RNTI (i.e., a second C-RNTI), and/or the CS-RNTI may be used

to transmit the DCI format D. Here, the DCI format A may be monitored (e.g., transmitted, mapped) in the CSS and the USS.

For example, the DCI format D may include resource assignment information (e.g., the resource assignment of the PUSCH). For example, the DCI format D may include frequency domain resource assignment information. Also, the DCI format D may include time domain resource assignment information. Also, the DCI format D may include information used for indicating a modulation and coding scheme (e.g., a MCS information, a MCS field(s)). Also, the DCI format A may include information (e.g., a new data indicator) used for indicating whether a transmission is a new transmission or not. Also, the DCI format D may include information (e.g., a CSI request, a CSI request field(s)) used for requesting transmission of CSI (i.e., CSI report, aperiodic CSI report (i.e., aperiodic CSI reporting)) on the PUSCH and/or the PUCCH. Also, the DCI format D may include information (i.e., a carrier indicator, a carrier indicator field(s), e.g., 3-bit information field(s)) used for indicating a serving cell(s) (e.g., a carrier(s)). For example, the carrier indicator may be used for indicating the serving cell(s) in which the corresponding PUSCH(s) is scheduled. Also, the DCI format D may include information (i.e., a BWP indicator, a BWP indicator field(s), e.g., 1-bit or 2-bit information field(s)) used for indicating a BWP(s). For example, the BWP indicator may be used for indicating the BWP(s) (e.g., the UL BWP(s)) that is activated. Also, the BWP indicator may be used for indicating the UL BWP(s) in which the corresponding PUSCH(s) is scheduled. Also, the DCI format D may include information used for indicating a transmission power control (TPC) command for the PUSCH.

Also, as described above, the DCI format E may be used for scheduling of the uplink PSCH (e.g., the PUSCH). Namely, the DCI format E may be a scheduling DCI. Also, the C-RNTI (i.e., the first C-RNTI), SPS C-RNTI (i.e., the second C-RNTI), and/or the CS-RNTI may be used to transmit the DCI format E. Here, the DCI format E may be monitored (e.g., transmitted, mapped) in the CSS only.

For example, the DCI format E may include resource assignment information (e.g., the resource assignment of the PUSCH). For example, the DCI format E may include frequency domain resource assignment information. Also, the DCI format E may include time domain resource assignment information. Also, the DCI format E may include information used for indicating a modulation and coding scheme (e.g., a MCS information, a MCS field(s)). Also, the DCI format E may include information (e.g., a new data indicator) used for indicating whether a transmission is a new transmission or not. Also, the DCI format E may include information (e.g., a CSI request, a CSI request field(s)) used for requesting transmission of CSI (i.e., CSI report, aperiodic CSI report (i.e., aperiodic CSI reporting)) on the PUSCH and/or the PUCCH. Also, the DCI format E may include information used for indicating a transmission power control (TPC) command for the PUCCH. Namely, the DCI format E may not include the carrier indicator (e.g., the carrier indicator field(s)). Also, the DCI format E may not include the BWP indicator (e.g., the BWP indicator field(s)).

Also, as described above, the DCI format F may be used for activating, deactivating, and/or switching the serving cell(s) and/or the BWP(s). Namely, the DCI format F may be an activating/deactivating/switching DCI. Here, the C-RNTI (i.e., the first C-RNTI), SPS C-RNTI (i.e., the second C-RNTI), and/or the CS-RNTI may be used to transmit the

US 10,855,432 B2

19

DCI format F. Also, the DCI format F may be monitored (e.g., transmitted, mapped) in the CSS and the USS.

And, in a case that the DCI format D is received (i.e., based on the detection of the DCI format D), the UE **102** may perform the PUSCH transmission. Also, in a case that the DCI format E is received (i.e., based on the detection of the DCI format E), the UE **102** may perform the PUSCH transmission. Also, in a case that the DCI format F is received (i.e., based on the detection of the DCI format F), the UE **102** may perform activation, deactivation and/or switching for the indicated serving cell(s) (e.g., the serving cell(s) used for receiving the downlink signal and/or the downlink communication, and/or the serving cell(s) used for transmitting the uplink signal and/or the uplink communication).

Also, for example, an index (e.g., a BWP index) of the initial active BWP(s) (e.g., an initial active UL BWP(s)) (e.g., if the default BWP(s) is not configured) may be corresponding to a value of "00". Namely, a value of "0" may be applied for the initial active BWP(s) (e.g., the initial active UL BWP(s)) (e.g., if the default BWP(s) is not configured). Namely, the value of "0" may be the index (e.g., the BWP index) of the initial active BWP(s) (e.g., the initial active UL BWP(s)). Also, for example, the index (e.g., the BWP index) of the default BWP(s) (e.g., the default UL BWP(s)) (e.g., if the default BWP(s) is configured) may be corresponding to the value of "00". Namely, the value of "0" may be applied for the default BWP(s) (e.g., the default UL BWP(s)) (e.g., if the default BWP(s) is configured). Namely, the value of "0" may be the index (e.g., the BWP index) of the default BWP(s) (e.g., the default UL BWP(s)). Namely, the value of "0" may be used for the index (e.g., the BWP index) of the initial active BWP(s) (e.g., the initial active UL BWP(s)). Namely, the value of "0" may be used for the index (e.g., the BWP index) of the default BWP(s) (e.g., the default UL BWP(s)).

Here, the index of the BWP(s) (e.g., the index of the UL BWP(s) (e.g., the index of the initial active UL BWP(s), the index of the default UL BWP(s), and/or the index of the active UL BWP(s)) may be the identifier of BWP(s) (e.g., UL BWP ID). Also, the index of the BWP(s) (e.g., the index of the UL BWP(s) (e.g., the index of the initial active UL BWP(s), the index of the default UL BWP(s), and/or the index of the active UL BWP(s)) may be an index of BWP(s) for the PDCCH. Also, the index of the BWP(s) (e.g., the index of the UL BWP(s) (e.g., the index of the initial active UL BWP(s), the index of the default UL BWP(s), and/or the index of the active UL BWP(s)) may be an index of BWP(s) for the PUSCH. Namely, the index of the BWP(s) (e.g., the index of the UL BWP(s) (e.g., the index of the initial active UL BWP(s), the index of the default UL BWP(s), and/or the index of the active UL BWP(s)) may be an index of the PDCCH (e.g., the PDCCH BWP). Also, the index of the BWP(s) (e.g., the index of the UL BWP(s) (e.g., the index of the initial active UL BWP(s), the index of the default UL BWP(s), and/or the index of the active UL BWP(s)) may be an index of the PUSCH (e.g., the PUSCH BWP).

Here, the gNB **160** may transmit, by using the PBCH (e.g., the MIB), the PDSCH (e.g., the SIB type 2), and/or the RRC message (e.g., the dedicated RRC message), information (e.g., first information) used for configuring whether the carrier indicator field(s) is present or not in the DCI format(s) (e.g., the DCI format A, the DCI format C, the DCI format D and/or the DCI format F). Namely, whether or not the carrier indicator is present in the DCI format(s) may be configured by the gNB **106**. Namely, the first information may be used for configuring (e.g., indicating) whether the

20

carrier indicator field is present or not in the DCI format(s). And, the UE **102** may decode (e.g., detect, receive) the DCI format(s) based on the first information.

Also, the gNB **160** may transmit, by using the PBCH (e.g., the MIB), the PDSCH (e.g., the SIB type 2), and/or the RRC message (e.g., the dedicated RRC message), information (e.g., second information) used for configuring whether the BWP indicator field(s) is present or not in the DCI format(s) (e.g., the DCI format A, the DCI format C, the DCI format D and/or the DCI format F). Namely, whether or not the BWP indicator is present in the DCI format(s) may be configured by the gNB **106**. Namely, the second information may be used for configuring (e.g., indicating) whether the BWP indicator field is present or not in the DCI format(s). And, the UE **102** may decode (e.g., detect, receive) the DCI format(s) based on the second information.

Here, the initial active DL BWP(s) may be defined by a location and number of contiguous PRBs (i.e., physical resource blocks), a subcarrier spacing, and/or a cyclic prefix, for the control resource set for the Type0-PDCCH common search space. Here, the initial active UL BWP(s) may be linked to (e.g., paired with) the initial active DL BWP(s). Also, the gNB **160** may transmit, by using the PBCH (e.g., MIB), the RMSI (e.g., SIB2), and/or the RRC message, information used for configuring the initial active UL BWP(s). Also, the gNB **160** may transmit, by using the PBCH (e.g., MIB), the RMSI (e.g., SIB2), and/or the RRC message, information used for configuring the initial active DL BWP(s). Namely, the UE **102** may determine the initial active DL BWP(s) and/or the initial active UL BWP(s) based on the information from the gNB **160**. For example, the initial active DL BWP(s) and/or the initial active UL BWP(s) may be used for the random access procedure. For example, for operation on the primary cell, the initial active DL BWP(s) and/or the initial active UL BWP(s) may be used for the random access procedure.

For example, based on an initiation of the random access procedure, in a case that the PRACH resources are configured for the activate UL BWP(s), the UE **102** may perform the random access procedure on the active DL BWP(s) and the activate UL BWP(s). Here, an active DL BWP(s) may be linked to (e.g., paired with) an active UL BWP for which the PRACH resources are configured. Also, based on the initiation of the random access procedure, in a case that the PRACH resources are not configured for the active UL BWP, the UE **102** may perform the random access procedure on the initial active DL BWP(s) and the initial active UL BWP(s). Namely, for the random access procedure, the UE **102** may switch to the initial active DL BWP(s) and the initial active UL BWP(s). For example, in a case that the default BWP(s) (e.g., the default DL BWP(s) and/or the default UL BWP(s)) is not configured and the PRACH resources are not configured for the active BWP(s) (e.g., the active DL BWP(s) and/or the active UL BWP(s)), the UE **102** perform the random access procedure on the initial active DL BWP(s) and the initial active UL BWP(s).

Also, the gNB **160** may transmit, by using the PBCH (e.g., MIB), the RMSI (e.g., SIB2), and/or the RRC message, information used for configuring the default DL BWP(s) and/or the default UL BWP(s). Namely, the UE **102** may determine the default DL BWP(s) and/or the default UL BWP(s) based on the information from the gNB **160**. Here, the default DL BWP(s) may be configured among configured DL BWP(s). Also, the default UL BWP(s) may be configured among configured UL BWP(s). Also, based on the initiation of the random access procedure, in a case that the default BWP(s) (e.g., the default DL BWP(s) and/or the

US 10,855,432 B2

21

default UL BWP(s)) is configured and the PRACH resources are not configured for the activate BWP(s) (e.g., the active DL BWP(s) and/or the active UL BWP(s)), the UE **102** may perform the random access procedure on the default DL BWP(s) and the default UL BWP(s). Namely, for the random access procedure, the UE **102** may switch to the default DL BWP(s) and the default UL BWP(s).

For example, for serving cell(s), the gNB **160** may transmit, by using the PBCH (e.g., MIB), the RMSI (e.g., SIB2), and/or the RRC message (e.g., the dedicated RRC message), information used for configuring a set of four DL BWPs (e.g., at most four DL BWPs, a DL BWP set) (e.g., for receptions by the UE **102**). Also, for the serving cell(s), the gNB **160** may transmit, by using the PBCH (e.g., MIB), the RMSI (e.g., SIB2), and/or the RRC message (e.g., the dedicated RRC message), information used for configuring a set of four UL BWP(s) (e.g., at most four UL BWPs, a UL BWP set). For example, for each DL BWP in the set of DL BWPs, the gNB **160** may configure, by using the PBCH (e.g., MIB), the RMSI (e.g., SIB2), and/or the RRC message (e.g., the dedicated RRC message), the subcarrier spacing, the cyclic prefix, a number of contiguous PRBs (e.g., a bandwidth of PRBs), an index (e.g., the index of the DL BWP(s), the DL BWP ID) in the set of DL BWPs. Also, for each UL BWP in the set of UL BWPs, the gNB **160** may configure, by using the PBCH (e.g., MIB), the RMSI (e.g., SIB2), and/or the RRC message (e.g., the dedicated RRC message), the subcarrier spacing, the cyclic prefix, a number of contiguous PRBs (e.g., a bandwidth of PRBs), an index (e.g., the index of the UL BWP(s), the UL BWP ID) in the set of UL BWPs. Also, for each DL BWP or UL BWP in the set of DL BWPs or UL BWPs, respectively, the gNB **160** may configure, by using the PBCH (e.g., MIB), the RMSI (e.g., SIB2), and/or the RRC message (e.g., the dedicated RRC message), a link (e.g., a linking, a pairing, a correspondence, and/or a mapping) between the DL BWP and the UL BWP from the set of configured DL BWP(s) and UL BWP(s). For example, gNB **160** may configure BWP(s) per serving cell for the uplink (e.g., if the serving cell is configured with the uplink) and for the downlink.

And, the UE **102** may perform, based on the configuration(s) for the DL BWP(s), reception(s) on the PDCCH in the DL BWP(s) and/or reception(s) on the PDSCH in the DL BWP(s). For example, the UE **102** may perform, based on the configured subcarrier spacing and cyclic prefix (e.g., the cyclic prefix length) for the DL BWP(s), the reception(s) on the PDCCH in the DL BWP(s) and/or the reception(s) on the PDSCH in the DL BWP(s). Also, the UE **102** may perform, based on the configuration(s) for the UL BWP(s), transmission(s) on the PUCCH in the UL BWP(s) and/or transmission(s) on the PUSCH in the UL BWP(s). For example, the UE **102** may perform, based on the configured subcarrier spacing and cyclic prefix (e.g., the cyclic prefix length) for the UL BWP(s), the transmission(s) on the PUCCH in the UL BWP(s) and/or the transmission(s) on the PUSCH in the UL BWP(s).

Also, the BWP indicator field(s) is configured, as described above, in the DCI format(s) for the downlink, a value(s) of the BWP indicator field(s) may be used for indicating the active DL BWP(s), from the configured set of the DL BWP(s), for downlink reception (e.g., the reception(s) on the PDCCH, and/or the reception(s) on the PDSCH). Also, the BWP indicator field(s) is configured, as described above, in the DCI format(s) for the uplink, a value(s) of the BWP indicator field(s) may be used for indicating the active UL BWP(s), from the configured set of

22

the UL BWP(s), for uplink transmission(s) (e.g., the transmission(s) on the PUCCH, and/or the transmission(s) on the PUSCH).

FIG. **5** illustrates an example of the downlink and/or uplink transmissions. As showed by FIG. **5**, one or more serving cells may be configured to the UE **102**. In the carrier aggregation (CA), the gNB **160** and the UE **102** may communicate each other using the one more serving cells. Here, the configured one or more serving cells may include one primary cell and one or more secondary cell. For example, the primary cell may be a serving cell on which an initial connection establishment procedure (e.g., the random access procedure) is performed. Also, the primary cell may be a serving cell on which a connection re-establishment procedure is performed. Also, the primary cell may be a serving cell that is indicated as the primary cell (e.g., indicated as the primary cell during the handover procedure). For example, the gNB **160** may transmit, by using the PBCH (e.g., the MIB), the PDSCH (e.g., the SIB type 2), and/or the RRC message (e.g., the dedicated RRC message), information used for configuring the primary cell. Also, the gNB **160** may transmit, by using the PBCH (e.g., the MIB), the PDSCH (e.g., the SIB type 2), and/or the RRC message (e.g., the dedicated RRC message), information used for configuring one or more secondary cells to form together with the primary cell a set of serving cells. Here, in the downlink, a carrier corresponding to the primary cell may be the downlink primary component carrier (i.e., the DL PCC), and a carrier corresponding to a secondary cell may be the downlink secondary component carrier (i.e., the DL SCC). Also, in the uplink, a carrier corresponding to the primary cell may be the uplink primary component carrier (i.e., the UL PCC), and a carrier corresponding to the secondary cell may be the uplink secondary component carrier (i.e., the UL SCC).

Also, as described above, an activation and/or a deactivation mechanism of the serving cell(s) may be supported. Here, the primary cell may be always activated. For example, the gNB **160** may transmit, e.g., by using the higher layer signal (e.g., the MAC CE) and/or the DCI format(s), information used for indicating the activation, the deactivation, and/or the switching of the one or more serving cells. Also, the gNB **160** may transmit, e.g., by using the higher layer signal (e.g., the RRC message), information used for configuring a value(s) of timer (e.g., a first timer) associated with the deactivation and/or the switching of the one or more serving cells. For example, the UE **102** may maintain the first timer per configured secondary cell. Also, the UE **102** may deactivate the secondary cell (i.e., the associated secondary cell) based on the timer expiry. Namely, the UE **102** may activate, based on the information used for indicating the activation and/or the switching of the serving cell(s) (e.g., the secondary cell(s)), the serving cell(s) (e.g., the secondary cell(s)).

And, in a case that the serving cell(s) is activated, the UE **102** may perform the SRS transmission (e.g., the aperiodic SRS transmission) on the serving cell(s). Also, in a case that the serving cell(s) is activated, the UE **102** may perform CSI reporting (e.g., the aperiodic CSI reporting) for the serving cell(s). Also, in a case that the serving cell(s) is activated, the UE **102** may perform the PDCCH monitoring on the serving cell(s). Also, in a case that the serving cell(s) is activated, the UE **102** may perform the PDCCH monitoring for the serving cell(s). Also, in a case that the serving cell(s) is activated, the UE **102** may start (or restart) the first timer associated with the serving cell(s). Also, the UE **102** may deactivate, based

US 10,855,432 B2

23

on the information used for deactivating the serving cell(s) (e.g., the secondary cell(s)), the serving cell(s) (e.g., the secondary cell(s)).

Also, in a case that the serving cell(s) is deactivated, the UE **102** may not perform the CSI reporting (e.g., the aperiodic CSI reporting) for the serving cell(s). Also, in a case that the serving cell(s) is deactivated, the UE **102** may not transmit UL-SCH on the serving cell(s). Also, in a case that the serving cell(s) is deactivated, the UE **102** may not monitor the PDCCH on the serving cell(s). Also, in a case that the serving cell(s) is deactivated, the UE **102** may not monitor the PDCCH for the serving cell(s).

Also, for example, one or more BWPs (e.g., at most four DL BWPs and/or at most four UL BWPs) may be configured to the UE **102**. Here, the configured one or more serving cells may include one or more initial active BWPs (e.g., the initial active DL BWPs, and/or the initial active UL BWPs). Also, the configured one or more serving cells may include one or more default BWPs (e.g., the default DL BWPs, and/or the default UL BWPs). Also, the configured one or more serving cells may include one or more active BWPs (e.g., the active DL BWPs, and/or the active UL BWPs). For example, the initial active BWP(s) may be a BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)) on which the initial connection establishment procedure (e.g., the random access procedure, as described above) is performed. Also, the initial active BWP(s) may be a BWP (e.g., the DL BWP(s) and/or the UL BWP(s)) on which the connection re-establishment procedure is performed. Also, the initial active BWP(s) may be a BWP (e.g., the DL BWP(s) and/or the UL BWP(s)) that is indicated as the initial active BWP (e.g., indicated as the initial active BWP(s) during the handover procedure). Namely, the gNB **160** may transmit a handover command including information used for indicating the initial active BWP(s) (e.g., the initial active DL BWP(s) and/or the initial active UL BWP(s)).

Also, for example, the default BWP(s) may be a BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)) on which the initial connection establishment procedure (e.g., the random access procedure, as described above) is performed. Also, the default BWP(s) may be a BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)) on which the connection re-establishment procedure is performed. Also, the default BWP(s) may be a BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)) that is indicated as the default BWP(s) (e.g., indicated as the default BWP(s) during the handover procedure). Namely, the gNB **160** may transmit the handover command including information used for indicating the default BWP(s) (e.g., the default DL BWP(s) and/or the default UL BWP(s)).

Here, as described above, the gNB **160** may independently configure the initial active DL BWP(s) and the initial active UL BWP(s). Also, the gNB **160** may independently configure the default DL BWP(s) and the default UL BWP(s). Also, the gNB **160** may independently configure, in the serving cell, the one or more DL BWPs (e.g., at most four DL BWPs) and the one or more UL BWPs (e.g., at most four UL BWPs).

Also, as described above, the link (i.e., the linking, the pairing, and/or the correspondence) may be defined between the UL BWP(s) and the DL BWP(s). Namely, a BWP(s) in which the transmission on the PDSCH is performed based on the scheduling by using the DCI format(s) (i.e., the DCI format(s) for the downlink (i.e., the downlink assignment)) may be identified based on the link. Also, a BWP(s) in which the transmission on the PUSCH is performed based on the

24

scheduling by using the DCI format(s) (i.e., the DCI format(s) for the uplink (i.e., the uplink grant)) may be identified based on the link.

Here, an activation, a deactivation, and/or a switching mechanism of the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)) may be supported. For example, the activation, the deactivation, and/or the switching of the BWP(s) may be controlled (e.g., configured, and/or indicated) by using the higher layer signal (e.g., the RRC message (e.g., the dedicated RRC message), and/or the MAC CE) and/or the DCI format(s) (e.g., the PDCCH indicating the downlink assignment, and/or the PDCCH indicating the uplink grant). For example, the gNB **160** may transmit, e.g., by using the higher layer signal and/or the DCI format(s), information used for indicating the activation, the deactivation, and/or the switching of the BWP(s). Namely, the gNB **160** may transmit, e.g., by using the higher layer signal and/or the DCI format(s), information used for indicating the activation of the BWP(s). And, the UE **102** may activate the BWP(s) based on the information used for indicating the activation of the BWP(s). Also, gNB **160** may transmit, e.g., by using the higher layer signal and/or the DCI format(s), information used for indicating the deactivation of the BWP(s). And, the UE **102** may deactivate the BWP(s) based on the information used for indicating the deactivation of the BWP(s). Also, the gNB **160** may transmit, e.g., by using the higher layer signal and/or the DCI format(s), information used for indicating the switching of the BWP(s). And, the UE **102** may switch the BWP(s) based on the information used for indicating the switching of the BWP(s). Here, for example, the switching of the BWP(s) (e.g., the switching of the BWP(s) for the serving cell(s)) may be used for activating an in active BWP(s) and deactivating BWP(s) at a time.

Here, the initial active BWP(s) (e.g., the initial activate DL BWP(s) and/or the initial active UL BWP(s)) may be always activated. Also, if the default BWP(s) (e.g., the default DL BWP(s) and/or the default UL BWP(s)) is configured, the default BWP may be always activated. Namely, the initial active BWP(s) and/or the default BWP(s) may be active without the information used for indicating the activation, the deactivation, and/or the switching of the BWP(s). Also, as described above, a serving cell may be configured with at most four BWP(s) (e.g., at most four DL BWP(s) and/or at most four UL BWP(s)), and for an activated serving cell, there may always one active BWP (e.g., one active DL BWP and/or one active UL BWP) at any point in time.

Here, gNB **160** may transmit, by using the higher layer signal (e.g., the RRC message), information used for configuring a value(s) of timer (e.g., a second timer) associated with the deactivation and/or the switching of the BWP(s). For example, the UE **102** may maintain the second timer per configured serving cell(s). Also, the UE **102** may maintain the second timer per configured BWP(s).

Here, in a case that the BWP(s) is activated (i.e., on the active BWP(s) for each activated serving cell configured with the BWP(s) (e.g., the BWP operation)) the UE **102** may perform transmission on the UL-SCH (i.e., transmission on the UL-SCH on the BWP(s)). Also, in a case that the BWP(s) is activated, the UE **102** may perform transmission on RACH (i.e., transmission on the RACH on the BWP(s)). Also, in a case that the BWP(s) is activated, the UE **102** may monitor the PDCCH (i.e., perform the PDCCH monitoring on the BWP(s)). Also, in a case that the BWP(s) is activated, the UE **102** may perform transmission on the PUCCH (i.e., transmission on the PUCCH on the BWP(s)). Also, in a case that the BWP(s) is activated, the UE **102** may perform

US 10,855,432 B2

25

reception on the DL-SCH (i.e., reception on the DL-SCH on the BWP(s)). Also, in a case that the BWP(s) is activated, the UE **102** may start (or restart) the second timer associated with the BWP(s).

Also, in a case that the BWP(s) is deactivated (i.e., on the inactive BWP(s) for each activated serving cell configured with the BWP(s) (e.g., the BWP operation)), the UE **102** may not perform transmission on the UL-SCH (i.e., transmission on the UL-SCH on the BWP(s)). Also, in a case that the BWP(s) is deactivated, the UE **102** may not perform transmission on RACH (i.e., transmission on the RACH on the BWP(s)). Also, in a case that the BWP(s) is deactivated, the UE **102** may not monitor the PDCCH (i.e., perform the PDCCH monitoring on the BWP(s). Also, in a case that the BWP(s) is deactivated, the UE **102** may not perform transmission on the PUCCH (i.e., transmission on the PUCCH on the BWP(s)). Also, in a case that the BWP(s) is deactivated, the UE **102** may not perform reception on the DL-SCH (i.e., reception on the DL-SCH on the BWP(s)). Also, in a case that the BWP(s) is deactivated, the UE **102** may clear (or stop) the second timer associated with the BWP(s).

FIG. **6** illustrates another example of the downlink and/or uplink transmissions. Here, as described above, the gNB **160** may transmit, by using the PBCH (e.g., the MIB), the PDSCH (e.g., the SIB type 2), and/or the RRC message (e.g., the dedicated RRC message), information used for specifying (e.g., configuring) configuration(s) in a case that the BWP(s) operation is used in the serving cell(s) (e.g., in a case that the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)) is configured for the serving cell(s)). Also, for example, as described above, the gNB **160** may transmit, by using the PBCH (e.g., the MIB), the PDSCH (e.g., the SIB type 2), and/or the RRC message (e.g., the dedicated RRC message), second information used for configuring whether the BWP indicator field(s) is present or not in the DCI format(s).

Also, the gNB **160** may transmit, by using the PBCH (e.g., the MIB), the PDSCH (e.g., the SIB type 2), and/or the RRC message (e.g., the dedicated RRC message), information (e.g., third information) used for configuring an index of the scheduled BWP(s) (e.g., the index of the BWP(s) (e.g., the index of the DL BWP(s) and/or the index of the UL BWP(s)). Here, the third information may be used for indicating that which BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)) is scheduled by using the DCI format(s) for the downlink (i.e., the downlink assignment(s)) and/or the DCI format(s) for the uplink (i.e., the uplink grant(s)), for the concerned BWP(s). Namely, the third information may be used for indicating the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)) (e.g., the DL BWP(s) scheduled by using the DCI format(s) for the downlink, and/or the UL BWP(s) scheduled by using the DCI format(s) for the uplink). And, the DCI format(s) for the downlink in the other DL BWP(s) may be used for scheduling of the PDSCH in the BWP(s) indicated by the third information. Namely, the PDSCH in the BWP(s) indicated by the third information, may be scheduled by using the DCI format(s) for the downlink in the other DL BWP. Also, the DCI format(s) for the uplink in the other DL BWP(s) may be used for scheduling of the PUSCH in the BWP(s) indicated by the third information. Namely, the PUSCH in the BWP(s) indicated by the third information, may be scheduled by using the DCI format(s) for the uplink in the other DL BWP. Namely, the scheduled BWP(s) may be corresponding to the BWP(s) in which the PDSCH and/or the PUSCH is scheduled. Also, the scheduling BWP(s) may be corresponding to the BWP(s) scheduling the PDSCH and/or PUSCH (e.g., the BWP(s)

26

in which the DCI format(s) for the downlink and/or the DCI format(s) for the uplink is transmitted).

Here, a mapping (e.g., a link (e.g., linking, a pairing, a correspondence)) of the scheduled BWP(s) and the scheduling BWP(s) may be many-to-one mapping (e.g., or many-to-may mapping). Namely, one or more scheduled BWPs (e.g., one or more indices of the BWPs (e.g., one or more indices of the DL BWPs, and/or one or more indices of the UL BWPs)) may be configured for one scheduling BWP (e.g., or one or more scheduling BWPs).

Also, a mapping (e.g., a link (e.g., linking, a pairing, a correspondence)) of the scheduled BWP(s) and the scheduling BWP(s) may be one-to-one mapping (e.g., or one-to-many mapping). Namely, one scheduled BWP (e.g., one index of the BWP (e.g., one index of the DL BWP, and/or one index of the UL BWP)) may be configured for one scheduling BWP (e.g., or one or more scheduling BWPs). Namely, multiple scheduled BWPs (e.g., multiple indices of the scheduling BWPs) may not be configured for one scheduling BWP (e.g., or one or more scheduling BWPs).

Here, the index of the scheduled BWP may be configured by using the index of the BWP(s). As described above, if the default BWP(s) (e.g., the default DL BWP(s) and/or the default UL BWP(s)) is not configured, the index of the initial active BWP(s) (e.g., the index of the initial active DL BWP(s) and/or the initial active UL BWP(s)) may be "0". Also, if the default BWP(s) (e.g., the default DL BWP(s) and/or the default UL BWP(s)) is configured, the index of the default BWP(s) (e.g., the index of the default DL BWP(s) and/or the default UL BWP(s)) may be "0". Also, the index of the secondary BWP(s) (e.g., the secondary DL BWP(s) and/or the secondary UL BWP(s)) may be corresponding to the index of the BWP(s) (e.g., the index of the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)) configured by the gNB **160**). Also, the mapping between the scheduled BWP(s) and the scheduling BWP(s) may be depend on the subcarrier spacing. For example, the mapping between the scheduled BWP(s) and the scheduling BWP(s) may be applied for only the same subcarrier spacing. Namely, the scheduled BWP(s) with a subcarrier spacing "A" may be mapped to only the scheduling BWP(s) with the subcarrier spacing "A". Also, the multiple scheduled BWPs may be BWPs with the same subcarrier spacing "A".

Here, the value(s) of the BWP indicator field(s) may be determined based on the number of the scheduled BWP(s) (e.g., the number of a candidate(s) of the scheduled BWP(s), the number of the BWP(s) that is possible to be scheduled). For example, the UE **102** may determine the number of the scheduled BWP(s) based on the third information. Also, the gNB **160** may transmit, by using the PBCH (e.g., the MIB), the PDSCH (e.g., the SIB type 2), and/or the RRC message (e.g., the dedicated RRC message), information (e.g., fourth information) used for configuring the number of the scheduled BWP(s).

Also, the gNB **160** may transmit, by using the PBCH (e.g., the MIB), the PDSCH (e.g., the SIB type 2), and/or the RRC message (e.g., the dedicated RRC message), information (e.g., fifth information) used for configuring a mapping (e.g., a link (e.g., a linking, a pairing, and/or a correspondence)) between the value(s) of the BWP indicator field(s) and the index of the scheduled BWP(s) (e.g., the index of the DL BWP(s) and/or the index of the UL BWP(s)). Here, the mapping between the value(s) of the BWP indicator field(s) and the index of the scheduled BWP(s) may be specified, in advance, by the specification, and known information between the gNB **160** and the UE **102**.

US 10,855,432 B2

27

For example, the gNB **160** may configure, as the mapping between the value(s) of the BWP indicator field(s) (e.g., 1-bit BWP indicator field(s)) and the index of the scheduled BWP(s), the value "0" (e.g., "00") and the index of the BWP "2". Also, the gNB **160** may configure, as the mapping between the value(s) of the BWP indicator field(s) (e.g., 1-bit BWP indicator field(s)) and the index of the scheduled BWP(s), the value(s) "1" and the index of the BWP "1" (e.g., "01"). Also, the gNB **160** may configure, as the mapping between the value(s) of the BWP indicator field(s) (e.g., 2-bit BWP indicator field(s)) and the index of the scheduled BWP(s), the value(s) "00" and the index of the BWP "1" (e.g., "01"). Also, the gNB **160** may configure, as the mapping between the value(s) of the BWP indicator field(s) (e.g., 2-bit BWP indicator field(s)) and the index of the scheduled BWP(s), the value(s) "01" and the index of the BWP "2" (e.g., "10"). Also, the gNB **160** may configure, as the mapping between the value(s) of the BWP indicator field(s) (e.g., 2-bit BWP indicator field(s)) and the index of the scheduled BWP(s), the value(s) "10" and the index of the BWP "0" (e.g., "00"). Also, the gNB **160** may configure, as the mapping between the value(s) of the BWP indicator field(s) (e.g., 2-bit BWP indicator field(s)) and the index of the scheduled BWP(s), the value(s) "11" and the index of the BWP "3" (e.g., "11").

Here, for example, in a case that the self-BWP scheduling (i.e., the PUSCH in a certain BWP (e.g., the index of the BWP is c) is scheduled by using the DCI format(s) for the uplink in the certain BWP (e.g., the index of the BWP is c)), the value of "0" (e.g., for 1-bit BWP indicator field(s)) and/or "00" (e.g., for 2-bit BWP indicator field(s)) may be used (e.g., specified, defined, configured).

Also, the gNB **160** may transmit, by using the PBCH (e.g., the MIB), the PDSCH (e.g., the SIB type 2), and/or the RRC message (e.g., the dedicated RRC message), information (e.g., sixth information) used for configuring an index of the scheduling BWP(s) (e.g., the index of the BWP(s) (e.g., the index of the DL BWP(s)). Here, the sixth information may be used for indicating that which BWP(s) (e.g., the DL BWP(s)) signals the DCI format(s) for the downlink (i.e., the downlink assignment(s)) and/or the DCI format(s) for the uplink (i.e., the uplink grant(s)), for the concerned BWP(s). Namely, the sixth information may be used for indicating the BWP (e.g., the DL BWP(s)) (e.g., the BWP(s) in which the DCI format(s) for the downlink is transmitted). And, the DCI format(s) for the downlink transmitted in the DL BWP(s) indicated by the sixth information, may be used for scheduling of the PDSCH in the other BWP(s) (e.g., the BWP(s) in which the PDSCH is scheduled). Also, the sixth information may be used for indicating the BWP(s) (e.g., the DL BWP(s)) (e.g., the BWP(s) in which the DCI format(s) for the uplink is transmitted). And, the DCI format(s) for the uplink transmitted in the BWP(s) indicated by the sixth information, may be used for scheduling of the PUSCH in the other BWP(s) (e.g., the BWP(s) in which the PUSCH is scheduled).

Here, a mapping (e.g., a link (e.g., linking, a pairing, a correspondence)) of the scheduling BWP(s) and the scheduled BWP(s) may be many-to-one mapping (e.g., or many-to-many mapping). Namely, one or more scheduling BWPs (e.g., one or more indices of the BWPs (e.g., one or more indices of the DL BWPs)) may be configured for one scheduled BWP (e.g., or one or more scheduled BWPs).

Here, a mapping (e.g., a link (e.g., linking, a pairing, a correspondence)) of the scheduling BWP(s) and the scheduled BWP(s) may be one-to-one mapping (e.g., or one-to-many mapping). Namely, one scheduling BWP (e.g., one

28

index of the BWP (e.g., one index of the DL BWP)) may be configured for one scheduled BWP (e.g., one or more scheduled BWPs). Namely, multiple scheduling BWPs (e.g., multiple indices of the scheduling BWPs) may not be configured for one scheduled BWP (e.g., or multiple scheduled BWPs).

Also, the index of the scheduling BWP may be configured by using the index of the BWP(s). As described above, if the default BWP(s) (e.g., the default DL BWP(s) and/or the default UL BWP(s)) is not configured, the index of the initial active BWP(s) (e.g., the index of the initial active DL BWP(s) and/or the initial active UL BWP(s)) may be "0". Also, if the default BWP(s) (e.g., the default DL BWP(s) and/or the default UL BWP(s)) is configured, the index of the default BWP(s) (e.g., the index of the default DL BWP(s) and/or the default UL BWP(s)) may be "0". Also, the index of the secondary BWP(s) (e.g., the secondary DL BWP(s) and/or the secondary UL BWP(s)) may be corresponding to the index of the BWP(s) (e.g., the index of the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)) configured by the gNB **160**). Also, the mapping of the scheduling BWP(s) and the scheduled BWP(s) may depend on the subcarrier spacing. For example, the mapping of the scheduling BWP(s) and the scheduled BWP(s) may be applied for only the same subcarrier spacing. For example, the scheduling BWP(s) with a subcarrier spacing "A" may be mapped to only the scheduled BWP(s) with the subcarrier spacing "A". Also, the multiple scheduling BWPs may be BWPs with the same subcarrier spacing "A".

Here, the value(s) of the BWP indicator field(s) may be determined based on the number of the scheduling BWP(s) (e.g., the number of a candidate(s) of the scheduling BWP(s), the number of the scheduling BWP(s) that is possible to be used). For example, the UE **102** may determine the number of scheduled BWP(s) based on the sixth information. Also, the gNB **160** may transmit, by using the PBCH (e.g., the MIB), the PDSCH (e.g., the SIB type 2), and/or the RRC message (e.g., the dedicated RRC message), information (e.g., seventh information) used for configuring the number of the scheduling BWP(s).

Also, the gNB **160** may transmit, by using the PBCH (e.g., the MIB), the PDSCH (e.g., the SIB type 2), and/or the RRC message (e.g., the dedicated RRC message), information (e.g., eighth information) used for configuring a mapping (e.g., a link (e.g., a linking, a pairing, and/or a correspondence)) between the value(s) of the BWP indicator field(s) and the index of the scheduling BWP(s) (e.g., the index of the DL BWP(s) and/or the index of the UL BWP(s)). Here, the mapping between the value(s) of the BWP indicator field(s) and the index of the scheduled BWP(s) may be specified, in advance, by the specification, and known information between the gNB **160** and the UE **102**.

FIG. **7** illustrates various components that may be utilized in a UE **702**. The UE **702** described in connection with FIG. **7** may be implemented in accordance with the UE **102** described in connection with FIG. **1**. The UE **702** includes a processor **703** that controls operation of the UE **702**. The processor **703** may also be referred to as a central processing unit (CPU). Memory **705**, which may include read-only memory (ROM), random access memory (RAM), a combination of the two or any type of device that may store information, provides instructions **707***a* and data **709***a* to the processor **703**. A portion of the memory **705** may also include non-volatile random access memory (NVRAM). Instructions **707***b* and data **709***b* may also reside in the processor **703**. Instructions **707***b* and/or data **709***b* loaded

US 10,855,432 B2

29

30

into the processor **703** may also include instructions **707***a* and/or data **709***a* from memory **705** that were loaded for execution or processing by the processor **703**. The instructions **707***b* may be executed by the processor **703** to implement the methods described above.

The UE **702** may also include a housing that contains one or more transmitters **758** and one or more receivers **720** to allow transmission and reception of data. The transmitter(s) **758** and receiver(s) **720** may be combined into one or more transceivers **718**. One or more antennas **722***a-n* are attached to the housing and electrically coupled to the transceiver **718**.

The various components of the UE **702** are coupled together by a bus system **711**, which may include a power bus, a control signal bus and a status signal bus, in addition to a data bus. However, for the sake of clarity, the various buses are illustrated in FIG. **7** as the bus system **711**. The UE **702** may also include a digital signal processor (DSP) **713** for use in processing signals. The UE **702** may also include a communications interface **715** that provides user access to the functions of the UE **702**. The UE **702** illustrated in FIG. **7** is a functional block diagram rather than a listing of specific components.

FIG. **8** illustrates various components that may be utilized in a gNB **860**. The gNB **860** described in connection with FIG. **8** may be implemented in accordance with the gNB **160** described in connection with FIG. **1**. The gNB **860** includes a processor **803** that controls operation of the gNB **860**. The processor **803** may also be referred to as a central processing unit (CPU). Memory **805**, which may include read-only memory (ROM), random access memory (RAM), a combination of the two or any type of device that may store information, provides instructions **807***a* and data **809***a* to the processor **803**. A portion of the memory **805** may also include non-volatile random access memory (NVRAM). Instructions **807***b* and data **809***b* may also reside in the processor **803**. Instructions **807***b* and/or data **809***b* loaded into the processor **803** may also include instructions **807***a* and/or data **809***a* from memory **805** that were loaded for execution or processing by the processor **803**. The instructions **807***b* may be executed by the processor **803** to implement the methods described above.

The gNB **860** may also include a housing that contains one or more transmitters **817** and one or more receivers **878** to allow transmission and reception of data. The transmitter(s) **817** and receiver(s) **878** may be combined into one or more transceivers **876**. One or more antennas **880***a-n* are attached to the housing and electrically coupled to the transceiver **876**.

The various components of the gNB **860** are coupled together by a bus system **811**, which may include a power bus, a control signal bus and a status signal bus, in addition to a data bus. However, for the sake of clarity, the various buses are illustrated in FIG. **8** as the bus system **811**. The gNB **860** may also include a digital signal processor (DSP) **813** for use in processing signals. The gNB **860** may also include a communications interface **815** that provides user access to the functions of the gNB **860**. The gNB **860** illustrated in FIG. **8** is a functional block diagram rather than a listing of specific components.

FIG. **9** is a block diagram illustrating one implementation of a UE **902** in which systems and methods for downlink and/or uplink (re)transmissions may be implemented. The UE **902** includes transmit means **958**, receive means **920** and control means **924**. The transmit means **958**, receive means **920** and control means **924** may be configured to perform one or more of the functions described in connection with

FIG. **1** above. FIG. **7** above illustrates one example of a concrete apparatus structure of FIG. **9**. Other various structures may be implemented to realize one or more of the functions of FIG. **1**. For example, a DSP may be realized by software.

FIG. **10** is a block diagram illustrating one implementation of a gNB **1060** in which systems and methods for downlink and/or uplink (re)transmissions may be implemented. The gNB **1060** includes transmit means **1017**, receive means **1078** and control means **1082**. The transmit means **1017**, receive means **1078** and control means **1082** may be configured to perform one or more of the functions described in connection with FIG. **1** above. FIG. **8** above illustrates one example of a concrete apparatus structure of FIG. **10**. Other various structures may be implemented to realize one or more of the functions of FIG. **1**. For example, a DSP may be realized by software.

FIG. **11** is a block diagram illustrating one implementation of an gNB **1160**. The gNB **1160** may include a higher layer processor **1123**, a DL transmitter **1125**, a UL receiver **1133**, and one or more antenna **1131**. The DL transmitter **1125** may include a PDCCH transmitter **1127** and a PDSCH transmitter **1129**. The UL receiver **1133** may include a PUCCH receiver **1135** and a PUSCH receiver **1137**.

The higher layer processor **1123** may manage physical layer's behaviors (the DL transmitter's and the UL receiver's behaviors) and provide higher layer parameters to the physical layer. The higher layer processor **1123** may obtain transport blocks from the physical layer. The higher layer processor **1123** may send/acquire higher layer messages such as an RRC message and MAC message to/from a UE's higher layer. The higher layer processor **1123** may provide the PDSCH transmitter transport blocks and provide the PDCCH transmitter transmission parameters related to the transport blocks.

The DL transmitter **1125** may multiplex downlink physical channels and downlink physical signals (including reservation signal) and transmit them via transmission antennas **1131**. The UL receiver **1133** may receive multiplexed uplink physical channels and uplink physical signals via receiving antennas **1131** and de-multiplex them. The PUCCH receiver **1135** may provide the higher layer processor **1123** UCI. The PUSCH receiver **1137** may provide the higher layer processor **1123** received transport blocks.

FIG. **12** is a block diagram illustrating one implementation of a UE **1202**. The UE **1202** may include a higher layer processor **1223**, a UL transmitter **1251**, a DL receiver **1243**, and one or more antenna **1231**. The UL transmitter **1251** may include a PUCCH transmitter **1253** and a PUSCH transmitter **1255**. The DL receiver **1243** may include a PDCCH receiver **1245** and a PDSCH receiver **1247**.

The higher layer processor **1223** may manage physical layer's behaviors (the UL transmitter's and the DL receiver's behaviors) and provide higher layer parameters to the physical layer. The higher layer processor **1223** may obtain transport blocks from the physical layer. The higher layer processor **1223** may send/acquire higher layer messages such as an RRC message and MAC message to/from a UE's higher layer. The higher layer processor **1223** may provide the PUSCH transmitter transport blocks and provide the PUCCH transmitter **1253** UCI.

The DL receiver **1243** may receive multiplexed downlink physical channels and downlink physical signals via receiving antennas **1231** and de-multiplex them. The PDCCH receiver **1245** may provide the higher layer processor **1223** DCI. The PDSCH receiver **1247** may provide the higher layer processor **1223** received transport blocks.

US 10,855,432 B2

31                                                              32

FIG. **13** illustrates an example of setting(s) for CSI reporting. As described as FIG. **13**, the UE **102** may report the CSI (e.g., aperiodic CSI, semi-persistent CSI, and/or periodic CSI) based on setting(s) (i.e., configuration(s)) by the gNB **160**. Namely, the gNB **160** may transmit, by using the RRC message (e.g., the dedicated RRC message), information used for configuring the setting(s) for the CSI reporting. Also, the UE **102** may perform, based on the information used configuring the setting(s) for the CSI reporting, the CSI reporting. Namely, the UE **102** may perform the CSI reporting based on configuration(s) (e.g., configuration(s) by the RRC message (i.e., the higher layer signal), RRC-configured parameter(s), higher layer-configured parameter(s)). Here, the setting(s) may be associated with the DL BWP(s) (e.g., a single DL BWP). Namely, the CSI report(s) (i.e., the CSI report(s) transmitted at a certain timing) may be associated with the DL BWP(s) (e.g., a single DL BWP).

Here, as described above, in a case that the serving cell(s) is activated, the UE **102** may perform the SRS transmission (e.g., the aperiodic SRS transmission) on the serving cell(s). Also, in a case that the serving cell(s) is activated, the UE **102** may perform the CSI reporting for the serving cell(s). Here, as described above, the UE **102** may perform the CSI reporting associated with the DL BWP(s) (e.g., the single DL BWP) configured for the serving cell(s). Also, in a case that the serving cell(s) is activated, the UE **102** may perform the PDCCH monitoring on the serving cell(s). Also, in a case that the serving cell(s) is activated, the UE **102** may perform the PDCCH monitoring for the serving cell(s). Also, in a case that the serving cell(s) is activated, the UE **102** may start (or restart) the first timer associated with the serving cell(s). Also, the UE **102** may deactivate, based on the information used for deactivating the serving cell(s) (e.g., the secondary cell(s)), the serving cell(s) (e.g., the secondary cell(s)). And, in a case that the serving cell(s) is deactivated, the UE **102** may clear (e.g., stop) the first timer associated with the serving cell(s). Also, in a case that the DCI format(s) on the activated serving cell(s) is used for scheduling of the PDSCH and/or the PUSCH, the UE **102** may restart the first timer associated with the serving cell(s). Also, in a case that the DCI format(s) on the serving cell(s) scheduling the activated serving cell(s) is used for scheduling of the PDSCH and/or the PUSCH for the activated serving cell(s), the UE **102** may restart the first timer associated with the serving cell(s). Also, in a case that the serving cell(s) is deactivated, the UE **102** may not perform the SRS transmission (e.g., the aperiodic SRS transmission) on the serving cell(s). Also, in a case that the serving cell(s) is deactivated, the UE **102** may not perform the CSI reporting (e.g., the aperiodic CSI reporting) for the serving cell(s). Also, in a case that the serving cell(s) is deactivated, the UE **102** may not transmit UL-SCH on the serving cell(s). Also, in a case that the serving cell(s) is deactivated, the UE **102** may not monitor the PDCCH on the serving cell(s). Also, in a case that the serving cell(s) is deactivated, the UE **102** may not monitor the PDCCH for the serving cell(s).

Here, in a case that the serving cell(s) is deactivated, the UE **102** may suspend (e.g., interrupt, store) the setting(s) for the CSI reporting. Here, as described above, the DL BWP(s) (e.g., the single DL BWP) in the serving cell(s) may be associated with the setting(s) for the CSI reporting and/or the CSI reporting. Also, the UL BWP(s) (e.g., the single UL BWP linked to the single DL BWP associated with the setting(s) for the CSI reporting and/or the CSI reporting) in the serving cell(s) may be associated with the setting(s) for the CSI reporting and/or the CSI reporting. Namely, in a case

that the serving cell(s) configured (e.g., and/or activated) with the DL BWP(s) is deactivated, the UE **102** may suspend the setting(s) for the CSI reporting associated with the DL BWP(s) configured for the serving cell(s) (i.e., the deactivated serving cell(s)). Namely, in a case that the serving cell(s) for which the DL BWP(s) is configured (e.g., and/or activated) is deactivated, the UE **102** may suspend the setting(s) for the CSI reporting associated with the DL BWP(s) configured for the serving cell(s) (i.e., the deactivated serving cell(s)).

For example, in a case that the serving cell(s) is deactivated, the UE **102** may suspend the setting(s) for the CSI reporting associated with the serving cell(s) (i.e., the deactivated serving cell(s)) (e.g., the deactivated secondary cell(s)). For example, in a case that two DL BWPs are configured (e.g., and/or activated) for the serving cell(s) and each setting for the CSI reporting is configured for each DL BWP, if the serving cell(s) is deactivated, each setting may be suspended. For example, in a case that first timer associated with the serving cell(s) (i.e., the activated serving cell(s) (e.g., the activated secondary cell(s)) expires, the UE **102** may deactivate the serving cell(s) and suspend the setting(s) for the CSI reporting associated with the serving cell(s) (i.e., the deactivated serving cell(s)) (e.g., the deactivated secondary cell(s)).

Also, in a case that the serving cell(s) is activated, the UE **102** may (re-)initialize (e.g., (re-)start, resume, proceed with, continue) the setting(s) for the CSI reporting. Namely, in a case that the serving cell(s) configured (e.g., and/or activated) with the DL BWP(s) is activated, the UE **102** may (re-)initialize the setting(s) for the CSI reporting associated with the DL BWP(s) configured for the serving cell(s) (i.e., the activated serving cell(s)). Namely, in a case that the serving cell(s) for which the DL BWP(s) is configured (e.g., and/or activated) is activated, the UE **102** may (re-)initialize the setting(s) for the CSI reporting associated with the DL BWP(s) configured for the serving cell(s) (i.e., the activated serving cell(s)).

Namely, in a case that the serving cell(s) is activated, the UE **102** may (re-)initialize the setting(s) for the CSI reporting associated with the serving cell(s) (i.e., the activated serving cell(s)) (e.g., the activated secondary cell(s)). For example, in a case that the serving cell(s) is configured and two DL BWPs are configured (e.g., and/or activated) for the serving cell(s), if the serving cell(s) (e.g., the serving cell(s) configured with the two DL BWPs), the serving cell(s) for which the two DL BWPs are configured) is activated, each setting may be (re-)initialize. For example, in a case that the serving cell(s) (e.g., the secondary cell) is activated, the UE **102** may start the first timer associated with the serving cell(s) (e.g., the activated serving cell(s)) and (re-)initialize the setting(s) for the CSI reporting associated with the serving cell(s) (e.g., the activated serving cell(s)). Namely, in a case that the serving cell(s) (e.g., the secondary cell(s)) is activated, the UE **102** may (re-)initialize the suspended setting(s) associated with the serving cell(s) (i.e., the activated serving cell(s)) (e.g., the activated secondary cell(s)). For example, in a case that the serving cell(s) (e.g., the secondary cell(s)) is activated, the UE **102** may (re-)initialize, based on the stored setting(s) (e.g., based on the stored setting(s) associated with the serving cell(s)), the suspended setting(s) associated with the serving cell(s) (e.g., the secondary cell(s)). Namely, in a case that the serving cell(s) (e.g., the secondary cell(s)) is activated, the UE **102** may (re-)initialize, based on the stored configuration(s) (e.g., based on the stored configurations(s) associated with the

US 10,855,432 B2

33

serving cell(s)), the suspended setting(s) associated with the serving cell(s) (e.g., the secondary cell(s)).

Alternatively, in a case that the serving cell(s) is deactivated, the UE **102** may clear (e.g., stop) the setting(s) for the CSI reporting. Namely, in a case that the serving cell(s) configured (e.g., and/or activated) with the DL BWP(s) is deactivated, the UE **102** may clear the setting(s) for the CSI reporting associated with the DL BWP(s) configured for the serving cell(s) (i.e., the deactivated serving cell(s)). Namely, in a case that the serving cell(s) for which the DL BWP(s) is configured (e.g., and/or activated) is deactivated, the UE **102** may clear the setting(s) for the CSI reporting associated with the DL BWP(s) configured for the serving cell(s) (i.e., the deactivated serving cell(s)).

For example, in a case that the serving cell(s) is deactivated, the UE **102** may clear the setting(s) for the CSI reporting associated with the serving cell(s) (i.e., the deactivated serving cell(s)) (e.g., the deactivated secondary cell(s)). For example, in a case that two DL BWPs are configured (e.g., and/or activated) for the serving cell(s) and each setting for the CSI reporting is configured for each DL BWP, if the serving cell(s) (e.g., the serving cell(s) configured with the two DL BWPs, the serving cell(s) for which the two DL BWPs are configured) is deactivated, each setting may be cleared. For example, in a case that first timer associated with the serving cell(s) (i.e., the activated serving cell(s) (e.g., the activated secondary cell(s)) expires, the UE **102** may deactivate the serving cell(s) and clear the setting(s) for the CSI reporting associated with the serving cell(s) (i.e., the deactivated serving cell(s)) (e.g., the deactivated secondary cell(s)).

Also, as described above, in a case that the BWP(s) is activated (i.e., on the active BWP(s) for each activated serving cell configured with the BWP(s) (e.g., the BWP operation)), the UE **102** may perform transmission on the UL-SCH (i.e., transmission on the UL-SCH on the BWP(s)). Also, in a case that the BWP(s) is activated, the UE **102** may perform transmission on RACH (i.e., transmission on the RACH on the BWP(s)). Also, in a case that the BWP(s) is activated, the UE **102** may monitor the PDCCH (i.e., perform the PDCCH monitoring on the BWP(s)). Also, in a case that the BWP(s) is activated, the UE **102** may perform transmission on the PUCCH (i.e., transmission on the PUCCH on the BWP(s)). Also, in a case that the BWP(s) is activated, the UE **102** may perform reception on the DL-SCH (i.e., reception on the DL-SCH on the BWP(s)). Also, in a case that the BWP(s) is activated, the UE **102** may start (or restart) the second timer associated with the BWP(s). Also, in a case that the BWP(s) is deactivated (i.e., on the inactive BWP(s) for each activated serving cell configured with the BWP(s) (e.g., the BWP operation)), the UE **102** may not perform transmission on the UL-SCH (i.e., transmission on the UL-SCH on the BWP(s)). Also, in a case that the BWP(s) is deactivated, the UE **102** may not perform transmission on RACH (i.e., transmission on the RACH on the BWP(s)). Also, in a case that the BWP(s) is deactivated, the UE **102** may not monitor the PDCCH (i.e., perform the PDCCH monitoring on the BWP(s)). Also, in a case that the BWP(s) is deactivated, the UE **102** may not perform transmission on the PUCCH (i.e., transmission on the PUCCH on the BWP(s)). Also, in a case that the BWP(s) is deactivated, the UE **102** may not perform reception on the DL-SCH (i.e., reception on the DL-SCH on the BWP(s)). Also, in a case that the BWP(s) is deactivated, the UE **102** may clear (or stop) the second timer associated with the BWP(s).

Here, in a case that the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)) is deactivated, the UE **102** may

34

suspend (e.g., interrupt, store) the setting(s) for the CSI reporting. As described above, the DL BWP(s) (e.g., the single DL BWP) may be associated with the setting(s) for the CSI reporting and/or the CSI reporting. Also, the UL BWP(s) (e.g., the single UL BWP linked to the single DL BWP associated with the setting(s) for the CSI reporting and/or the CSI reporting) may be associated with the setting(s) for the CSI reporting and/or the CSI reporting. For example, in a case that the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)) is deactivated, the UE **102** may suspend the setting(s) for the CSI reporting associated with the BWP(s) (e.g., the DL BWP(s) and/or UL BWP(s)). For example, in a case that two DL BWPs are configured (e.g., and/or activated) for the serving cell(s) and each setting for the CSI reporting is configured for each DL BWP, if the one DL BWP is deactivated, the setting(s) for the CSI reporting associated with the one deactivated DL BWP may be suspended. Namely, the setting(s) for the CSI reporting associated with another one DL BWP (e.g., another activated DL BWP) may be continuously used (e.g., configured, considered as to be configured). For example, in a case that second timer associated with the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)) expires, the UE **102** may deactivate the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)) and suspend the setting(s) for the CSI reporting associated with the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)).

Also, in a case that the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)) is activated, the UE **102** may (re-)initialize (e.g., (re-)start, resume, proceed with, continue) the setting(s) for the CSI reporting. Namely, in a case that the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)) is activated, the UE **102** may (re-)initialize the setting(s) for the CSI reporting associated with the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)). For example, in a case that two DL BWPs are configured for the serving cell(s) and one DL BWP (i.e., one DL BWP among the two DL BWPs) is activated, the setting(s) for the CSI reporting associated with the one activated DL BWP may be (re-)initialized. Namely, the setting(s) for the CSI reporting associated with another one DL BWP (e.g., another deactivated DL BWP) may be continuously suspended (e.g., considered as to be suspended). For example, in a case that the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)) is activated, the UE **102** may start the second timer associated with the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)) and (re-)initialize the setting(s) for the CSI reporting associated with the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)). Namely, in a case that the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)) is activated, the UE **102** may (re-)initialize the suspended setting(s) associated with the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)). For example, in a case that BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)) is activated, the UE **102** may (re-)initialize, based on the stored setting(s) (e.g., based on the stored setting(s) associated with the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s))), the suspended setting(s) associated with BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)). Namely, in a case that the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)) is activated, the UE **102** may (re-)initialize, based on the stored configuration(s) (e.g., based on the stored configurations(s) associated with the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)), the suspended setting(s) associated with the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)).

Alternatively, in a case that the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)) is deactivated, the UE **102**

US 10,855,432 B2

35

36

may clear (e.g., stop) the setting(s) for the CSI reporting. For example, in a case that the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)) is deactivated, the UE **102** may clear the setting(s) for the CSI reporting associated with the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)). For example, in a case that two DL BWPs are configured (e.g., and/or activated) for the serving cell(s) and each setting for the CSI reporting is configured for each DL BWP, if the one DL BWP is deactivated, the setting(s) for the CSI reporting associated with the one deactivated DL BWP may be cleared. Namely, the setting(s) for the CSI reporting associated with another one DL BWP (e.g., another activated DL BWP) may be continuously used (e.g., configured, considered as to be configured). For example, in a case that second timer associated with the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)) expires, the UE **102** may deactivate the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)) and clear the setting(s) for the CSI reporting associated with the BWP(s) (e.g., the DL BWP(s) and/or the UL BWP(s)).

Here, the setting(s) for the CSI reporting may include a setting(s) associated with a reporting setting(s) (e.g., configuration(s) for the reporting setting(s), as described below. Also, the setting(s) for the CSI reporting may include a setting(s) associated with a resource setting(s) (e.g., configuration(s) for the resource setting(s), as described below. Also, the setting(s) for the CSI reporting may include a setting(s) associated with a measurement setting(s) (e.g., configuration(s) for the measurement setting(s), configuration(s) for each link). Also, the setting(s) for the CSI reporting may include a setting(s) associated with a reporting configuration for the CSI (e.g., the reporting configuration for the CSI). As described above, the UE **102** may perform, based on the setting(s) (i.e., described below), the CSI reporting (i.e., described below).

A UE procedure for reporting channel state information (CSI) is described herein. Channel state information framework is described. The time and frequency resources that can be used by the UE **102** to report CSI are controlled by the gNB **160**. CSI may include Channel Quality Indicator (CQI), preceding matrix indicator (PMI), CSI-RS resource indicator (CRI), strongest layer indication (SLI), rank indication (RI) and/or and L1-RSRP. For CQI, PMI, CRI, SLI, RI, L1-RSRP, a UE **102** may be configured by higher layers with N≥1 ReportConfig Reporting Settings, M≥1 ResourceConfig Resource Settings, and a single MeasConfig measurement setting containing L≥1 Links. A MeasConfig contains a list of reporting configurations (ReportConfigList), a list of resource configurations (ResourceConfigList), a list of link configurations (MeasLinkConfigList) and a list of trigger states (ReportTrigger).

Reporting settings that may be used in a UE procedure for reporting channel state information (CSI) are also described herein. Each Reporting Setting ReportConfig may be associated with a single downlink BWP (higher layer parameter bandwidthPartId) and may contains the reported parameter(s) for one CSI reporting band: CSI Type (I or II) if reported, codebook configuration including codebook subset restriction, time-domain behavior, frequency granularity for CQI and PMI, measurement restriction configurations, the strongest layer indicator (SLI), the reported L1-RSRP parameter(s), CRI, and SSBRI (SSB Resource Indicator).

Each ReportConfig may contain a ReportConfigID to identify the ReportConfig, a ReportConfigType to specify the time domain behavior of the report (either aperiodic, semi-persistent, or periodic), a ReportQuantity to indicate the CSI-related or L1-RSRP-related quantities to report, a ReportFreqConfiguration to indicate the reporting granular-

ity in the frequency domain. For periodic/semi-persistent reporting, a ReportConfig may contain a ReportSlotConfig to specify the periodicity and slot offset. For aperiodic reporting, a ReportConfig contains an AperiodicReportSlot Offset to specify a set of allowed values of the timing offset for aperiodic reporting (a particular value is indicated in DCI).

The ReportFreqConfiguration may contain parameters to enable configuration of at least subband or wideband PMI and CQI reporting separately. The ReportConfig may also contain MeasRestrictionConfig-time-channel to specify parameters to enable configuration of time domain measurement restriction for channel. The ReportConfig may also contain MeasRestrictionConfig-time-interference to specify parameters to enable separate configuration of time domain measurement restriction for interference. The ReportConfig may also contain CodebookConfig, which contains configuration parameters for Type-I or Type II CSI including codebook subset restriction.

Resource settings that may be used in a UE procedure for reporting channel state information (CSI) are also described herein. Each Resource Setting ResourceConfig may contain a configuration of S≥1 CSI-RS Resource Sets (higher layer parameter ResourceSetConfig), with each Resource Set including CSI-RS resources (higher layer parameters NZP-CSI-RS-ResourceConfigList and CSI-IM-ResourceConfig-List) and SS/PBCH Block resources used for L1-RSRP computation (higher layer parameter resource-config-SS-list). Each Resource setting may be located in the BWP identified by the higher layer parameter BWP-info, and all linked Resource Settings of a CSI Report Setting have the same BWP.

For periodic and semi-persistent CSI Resource Settings, S=1. Each set s may contain K_s≥1 CSI-RS resources (higher layer parameter CSI-RS-ResourceConfig) each of which includes at least mapping to REs, number of ports and time-domain behavior. The time domain behavior of the CSI-RS resources which are part of sets within a CSI-RS Resource Setting may be indicated by the higher layer parameter ResourceConfigType and can be aperiodic, periodic, or semi-persistent.

The following are configured via higher layer signaling for one or more CSI resource settings for channel and interference measurement: CSI-IM (Interference Measurement) resource for interference measurement; non-zero power CSI-RS resource for interference measurement; and/or non-zero power CSI-RS resource for channel measurement.

Measurement link that may be used in a UE procedure for reporting channel state information (CSI) is also described herein. Each Link MeasLinkConfig in the higher layer-configured CSI measurement setting may contain the CSI Reporting Setting indication, CSI Resource Setting Indication, and MeasQuantity an indication of the quantity to be measured which can be either channel measurement or interference measurement. ReportConfigMax indicates the maximum number of report configurations, ResourceConfigMax may indicates the maximum number of resource configurations, MeasLinkConfigMax indicates the maximum number of link configurations, ResourceSetMax indicates the maximum number of resources sets per resource configuration, CSI-RS-ResourcePerSetMax indicates the maximum number of NZP-CSI-RS resources per NZP-CSI-RS resource set, NZP-CSI-RS-ResourceMax indicates the maximum number of NZP-CSI-RS resources, CSI-IM-ResourcePerSetMax indicates the maximum number of CSI-IM resources per CSI-IM resource set, CSI-IM-Resource-

US 10,855,432 B2

37

Max indicates the maximum number of CSI-IM resources, and AperiodicReportTrigger contains trigger states for dynamically selecting one or more aperiodic reporting configurations.

Reporting configurations that may be used in a UE procedure for reporting channel state information (CSI) are also described herein. The Reporting configuration for CSI may be aperiodic (using PUSCH), periodic (using PUCCH) or semi-persistent (using PUCCH, and DCI activated PUSCH). The CSI-RS Resources may be periodic, semi-persistent, or aperiodic. Table-1 shows the supported combinations of CSI Reporting configurations, CSI Resource configurations and how the CSI Reporting is triggered for each CSI-RS configuration. Periodic CSI-RS may be configured by higher layers.

TABLE 1

| CSI-RS Configuration | Periodic CSI Reporting | Semi-Persistent CSI Reporting | Aperiodic CSI Reporting |
|---|---|---|---|
| Periodic CSI-RS | No dynamic triggering/activation | Reporting on PUCCH: the UE receives a selection command | DCI |
| Semi-Persistent CSI-RS | Not Supported | Reporting on PUSCH: DCI Reporting on PUCCH: the UE receives a selection command | DCI |
| Aperiodic CSI-RS | Not Supported | Reporting on PUSCH: DCI Not Supported | DCI |

When the UE 102 is configured with the higher layer configured parameter Number-CQI set to 1', a single CQI may be reported for one codeword per CSI report. When '2' is configured, one CQI for each codeword may be reported per CSI report. The Number-CQI may be contained in ReportConfig.

When the UE 102 is configured with a CSI-RS resource set and when the higher layer parameter CSI-RS-ResourceRep is set to 'OFF', the UE 102 may determine a CRI from the supported set of CRI values and report the number in each CRI report. When the higher layer parameter CSI-RS-ResourceRep is set to 'ON', CRI is not configured.

For periodic or semi-persistent CSI reporting, the following periodicities (measured in slots) may be configured by the higher layer parameter ReportPeriodicity: {5, 10, 20, 40, 80, 160, 320}.

The ReportFreqConfiguration contained in a ReportConfig indicates the frequency granularity of the CSI Report. For CSI reporting, the UE 102 may be configured via higher layer signaling with one out of two possible subband sizes, where a subband is defined as $N_{PRB}^{SB}$ contiguous PRBs and depends on the total number of PRBs in the carrier bandwidth part according to Table-2.

TABLE 2

| Carrier bandwidth part (PRBs) | Subband Size (PRBs) |
|---|---|
| <24 | N/A |
| 24-72 | 4, 8 |
| 73-144 | 8, 16 |
| 145-275 | 16, 32 |

A CSI reporting setting configuration defines a CSI reporting band as a subset of subbands of the bandwidth part, where the ReportFreqConfiguration indicates the following. (1) The CSI-ReportingBand as a contiguous or

38

non-contiguous subset of subbands in the bandwidth part for which CSI may be reported. The UE 102 is not expected to be configured with a CSI reporting band which contains subbands where reference signals for channel and interference are not present. (2) Single CQI or multiple CQI reporting, as configured by the higher layer parameter CQI-FormatIndicator. When single CQI reporting is configured, a single CQI is reported for each codeword for the entire CSI reporting band. When multiple CQI reporting is configured, one CQI for each codeword is reported for each subband in the CSI reporting band. (3) single PMI or multiple PMI reporting as configured by the higher layer parameter PMI-FormatIndicator. When single PMI reporting is configured, a single PMI is reported for the entire CSI reporting band. When multiple PMI reporting is configured, except with 2 antenna ports, a single wideband indication ($i_1$) is reported for the entire CSI reporting band and one subband indication ($i_2$) is reported for each subband in the CSI reporting band. When multiple PMIs are configured with 2 antenna ports, a PMI is reported for each subband in the CSI reporting band.

If a UE 102 is configured with semi-persistent CSI reporting, the UE 102 may report CSI when both CSI-IM and non-zero power CSI-RS resources are configured as periodic or semi-persistent. If a UE 102 is configured with aperiodic CSI reporting, the UE 102 may report CSI when both CSI-IM and non-zero power CSI-RS resources are configured as periodic, semi-persistent or aperiodic.

CSI selection and activation are also described. Regarding aperiodic CSI, For Resource Sets configured with the higher layer parameter ResourceConfigType set to 'aperiodic', trigger states for Reporting Setting(s) and/or Resource Set(s) for channel and/or interference measurement on one or more component carriers are configured using the higher layer parameter AperiodicReportTrigger. For aperiodic CSI report triggering, a single set of CSI triggering states are higher layer configured, wherein the CSI triggering states can be associated with either candidate DL BWP. A UE 102 is not expected to be triggered with a CSI report for a non-active DL BWP. A trigger state is initiated using the DCI CSI request field.

For a UE 102 configured with the higher layer parameter AperiodicReportTrigger, if a resource setting linked to a ReportConfig has multiple aperiodic resource sets and only a subset of the aperiodic resource sets is associated with the trigger state, a higher layer configured bitmap ResourceSet-Bitmap is configured per trigger state per resource setting to select the CSI-IM/NZP CSI-RS resource set(s) from the resource setting. When aperiodic CSI-RS is used with aperiodic reporting, the CSI-RS offset is configured per resource set in the higher layer parameter AperiodicNZP-CSI-RS-TriggeringOffset. The CSI-RS triggering offset X is measured in slots.

Regarding semi-persistent CSI, for semi-persistent reporting on PUSCH, a set of semi-persistent CSI report settings are higher layer configured by Semi-persistent-on-PUSCHReportTrigger and the CSI request field in DCI scrambled with SP-CSI C-RNTI activates one of the semi-persistent CSI reports.

For semi-persistent reporting on PUCCH, a set of semi-persistent CSI report settings may be higher layer configured by reportConfigType with the PUCCH resource used for transmitting the CSI report. Semi-persistent reporting on PUCCH is activated by an activation command, which selects one of the semi-persistent CSI Report settings for use by the UE 102 on the PUCCH. If the field reportConfigType is not present, the UE 102 may report the CSI on PUSCH.

US 10,855,432 B2

39

For a UE **102** configured with the higher layer parameter ResourceConfigType set to 'semi-persistent', when a UE **102** receives an activation command for CSI-RS resource(s) for channel measurement and CSI-IM/NZP CSI-RS resource(s) for interference measurement associated with configured CSI resource setting(s) in slot n, the corresponding actions in and the UE assumptions (including quasi-co-location assumptions provided by a reference to a TCI-RS-SetConfig) on CSI-RS/CSI-IM transmission corresponding to the configured CSI-RS/CSI-IM resource configuration(s) may be applied no later than a minimum requirement. When a UE **102** receives a deactivation command for activated CSI-RS/CSI-IM resource(s) associated with configured CSI resource setting(s) in slot n, the corresponding actions and UE assumption on cessation of CSI-RS/CSI-IM transmission corresponding to the deactivated CSI-RS/CSI-IM resource(s) shall apply no later than a minimum requirement.

CSI reporting using PUSCH is also described herein. A UE **102** may perform aperiodic CSI reporting using PUSCH in slot n+Y on serving cell c upon successful decoding in slot n of an uplink DCI format for serving cell c, where Y is indicated in the decoded uplink DCI. The higher layer parameter AperiodicReportSlotOffset contains the allowed values of Y for a given Reporting Setting. When $N_{Rep} \geq 1$ reports are scheduled, let $Y_{i,j}$ be the ith allowed value for Report Setting j (j=0, . . . , $N_{Rep}$−1). Then the ith codepoint of the DCI field corresponds to the allowed value

$$Y_i = \max_j Y_{i,j}.$$

An aperiodic CSI report carried on the PUSCH supports wideband, partial band, and sub-band frequency granularities. An aperiodic CSI report carried on the PUSCH supports Type I and Type II CSI.

A UE **102** may perform semi-persistent CSI reporting on the PUSCH upon successful decoding an uplink DCI format. The uplink DCI format will contain one or more CSI Reporting Setting Indications where the associated CSI Measurement Links and CSI Resource Settings are higher layer configured. Semi-persistent CSI reporting on the PUSCH supports Type I and Type II CSI with wideband, partial band, and sub-band frequency granularities. The PUSCH resources and MCS shall be allocated semi-persistently by an uplink DCI.

CSI reporting on PUSCH can be multiplexed with uplink data on PUSCH. CSI reporting on PUSCH can also be performed without any multiplexing with uplink data from the UE **102**.

Type I CSI feedback is supported for CSI Reporting on PUSCH. Type I subband CSI is supported for CSI Reporting on the PUSCH. Type II CSI is supported for CSI Reporting on the PUSCH.

For Type I CSI feedback on PUSCH, a CSI report comprises up to two parts. Part 1 contains RI/CRI, CQI for the first codeword. Part 2 contains PMI and contains the CQI for the second codeword when RI>4.

For Type II CSI feedback on PUSCH, a CSI report comprises up to two parts. Part 1 is used to identify the number of information bits in Part 2. Part 1 shall be transmitted in its entirety before Part 2 and may be used to identify the number of information bits in Part 2. Part 1 has a fixed payload size and contains RI, CQI, and an indication of the number of non-zero wideband amplitude coefficients per layer for the Type II CSI. The fields of Part 1—RI, CQI, and the indication of the number of non-zero wideband

40

amplitude coefficients for each layer—are separately encoded. Part 2 contains the PMI of the Type II CSI. Part 1 and 2 are separately encoded. A Type II CSI report that is carried on the PUSCH shall be computed independently from any Type II CSI report that is carried on the Long PUCCH.

When the higher layer parameter ReportQuantity is configured with one of the values 'CRI/RSRP' or 'SSBRI/RSRP', the CSI feedback may include a single part.

When CSI reporting on PUSCH comprises two parts, the UE **102** may omit a portion of the Part 2 CSI. Omission of Part 2 CSI is according to the priority order shown in Table-3, where $N_{Rep}$ is the number of CSI reports in one slot. Priority 0 is the highest priority and priority $2N_{Rep}$ is the lowest priority and the CSI report numbers correspond to the order of the associated ReportConfigID. When omitting Part 2 CSI information for a particular priority level, the UE **102** may omit all of the information at that priority level.

TABLE 3

| |
|---|
| Priority 0: |
| Part 2 wideband CSI for CSI reports 1 to $N_{Rep}$ |
| Priority 1: |
| Part 2 subband CSI of even subbands for CSI report 1 |
| Priority 2: |
| Part 2 subband CSI of odd subbands for CSI report 1 |
| Priority 3: |
| Part 2 subband CSI of even subbands for CSI report 2 |
| Priority 4: |
| Part 2 subband CSI of odd subbands for CSI report 2 |
| . |
| . |
| . |
| Priority $2N_{Rep}$ − 1: |
| Part 2 subband CSI of even subbands for CSI report $N_{Rep}$ |
| Priority $2N_{Rep}$: |
| Part 2 subband CSI of odd subbands for CSI report $N_{Rep}$ |

CSI reporting using PUCCH is also described. A UE **102** may be semi-statically configured by higher layers to perform periodic CSI Reporting on the PUCCH. A UE **102** may be configured by higher layers for multiple periodic CSI Reports corresponding to one or more higher layer configured CSI Reporting Setting Indications, where the associated CSI Measurement Links and CSI Resource Settings are higher layer configured. Periodic CSI reporting on the short and the long PUCCH supports wideband and partial band frequency granularities. Periodic CSI reporting on the PUCCH supports Type I CSI.

A UE **102** may perform semi-persistent CSI reporting on the PUCCH upon successfully decoding a selection command. The selection command may contain one or more CSI Reporting Setting Indications where the associated CSI Measurement Links and CSI Resource Settings are configured. Semi-persistent CSI reporting on the PUCCH supports Type I CSI. Semi-persistent CSI reporting on the Short PUCCH supports Type I CSI with wideband and partial band frequency granularities. Semi-persistent CSI reporting on the Long PUCCH supports Type I Subband CSI and Type I CSI with wideband and partial band frequency granularities.

Periodic CSI reporting on the short and long PUCCH supports wideband and partial band frequency granularities. Periodic CSI reporting on the PUCCH supports Type I CSI. When the short and long PUCCH carry Type I CSI with wideband and partial band frequency granularity, the CSI payload carried by the short PUCCH and long PUCCH are identical and the same irrespective of RI/CRI. For type I CSI sub-band reporting on long PUCCH, the payload is split into two parts. The first part contains RI/CRI, CQI for the first

US 10,855,432 B2

41

codeword. The second part contains PMI and contains the CQI for the second codeword when RI>4.

A report may be carried on the Long PUCCH supports Type II CSI feedback, but may include only Part 1 of Type II CSI feedback. Supporting Type II CSI reporting on the Long PUCCH is a UE capability. A Type II CSI report (Part 1 only) carried on the Long PUCCH may be calculated independently of any Type II CSI reports carried on the PUSCH.

FIG. **14** is a flow diagram illustrating a communication method **1400** of a user equipment **102** that communicates with a base station apparatus **160** on one or more downlink bandwidth parts (DL BWPs) in a serving cell. The communication method includes receiving **1402** an activation command for semi-persistent channel state information-reference signal (CSI-RS) and channel state information-interference measurement (CSI-IM) resource(s) configuration, the semi-persistent CSI-RS and CSI-IM resource(s) configuration being associated with a DL BWP in the serving cell. The communication method also includes receiving **1404** a deactivation command for the semi-persistent CSI-RS and CSI-IM resource(s) configuration. The communication method also includes considering **1406** that the semi-persistent CSI-RS and CSI-IM resource(s) configuration is suspended when the associated DL BWP is being deactivated.

The communication method **1400** may further include receiving a radio resource control message comprising a parameter used for identifying the associated DL BWP. The communication method may also further include performing CSI reporting based on the semi-persistent CSI-RS and CSI-IM resource(s) configuration. The CSI-RS resource(s) may be for channel measurement, and the CSI-IM resource (s) may be for interference measurement.

FIG. **15** is a flow diagram illustrating a communication method **1500** of a base station apparatus **160** that communicates with a user equipment **102** on one or more downlink bandwidth parts (DL BWPs) in a serving cell. The communication method includes transmitting **1502** an activation command for semi-persistent channel state information-reference signal (CSI-RS) and channel state information-interference measurement (CSI-IM) resource(s) configuration, the semi-persistent CSI-RS and CSI-IM resource(s) configuration being associated with a DL BWP in the serving cell. The communication method also includes transmitting **1504** a deactivation command for the semi-persistent CSI-RS and CSI-IM resource(s) configuration. The communication method also includes considering **1506** that the semi-persistent CSI-RS and CSI-IM resource(s) configuration is suspended when the associated DL BWP is being deactivated.

The communication method **1500** may further include transmitting a radio resource control message comprising a parameter used for identifying the associated DL BWP. The communication method **1500** may also further include receiving CSI reporting based on the semi-persistent CSI-RS and CSI-IM resource(s) configuration. The CSI-RS resource(s) may be for channel measurement, and the CSI-IM resource(s) may be for interference measurement.

As described above, some methods for the DL and/or UL transmissions (e.g., the PDSCH transmission and/or the PUSCH transmission) may be applied (e.g., specified). Here, the combination of one or more of the methods described above may be applied for the DL and/or UL transmission (e.g., the PDSCH transmission and/or the PUSCH transmis-

42

sion). The combination of the one or more of the methods described above may not be precluded in the described systems and methods.

It should be noted that names of physical channels described herein are examples. The other names such as "NRPDCCH, NRPDSCH, NRPUCCH and NRPUSCH," "new Generation-(G)PDCCH, GPDSCH, GPUCCH and GPUSCH" or the like can be used.

The term "computer-readable medium" refers to any available medium that can be accessed by a computer or a processor. The term "computer-readable medium," as used herein, may denote a computer- and/or processor-readable medium that is non-transitory and tangible. By way of example and not limitation, a computer-readable or processor-readable medium may comprise RAM, ROM, EEPROM, CD-ROM or other optical disk storage, magnetic disk storage or other magnetic storage devices, or any other medium that can be used to carry or store desired program code in the form of instructions or data structures and that can be accessed by a computer or processor. Disk and disc, as used herein, includes compact disc (CD), laser disc, optical disc, digital versatile disc (DVD), floppy disk and Blu-ray® disc where disks usually reproduce data magnetically, while discs reproduce data optically with lasers.

It should be noted that one or more of the methods described herein may be implemented in and/or performed using hardware. For example, one or more of the methods described herein may be implemented in and/or realized using a chipset, an application-specific integrated circuit (ASIC), a large-scale integrated circuit (LSI) or integrated circuit, etc.

Each of the methods disclosed herein comprises one or more steps or actions for achieving the described method. The method steps and/or actions may be interchanged with one another and/or combined into a single step without departing from the scope of the claims. In other words, unless a specific order of steps or actions is required for proper operation of the method that is being described, the order and/or use of specific steps and/or actions may be modified without departing from the scope of the claims.

It is to be understood that the claims are not limited to the precise configuration and components illustrated above. Various modifications, changes and variations may be made in the arrangement, operation and details of the systems, methods and apparatus described herein without departing from the scope of the claims.

A program running on the gNB **160** or the UE **102** according to the described systems and methods is a program (a program for causing a computer to operate) that controls a CPU and the like in such a manner as to realize the function according to the described systems and methods. Then, the information that is handled in these apparatuses is temporarily stored in a RAM while being processed. Thereafter, the information is stored in various ROMs or HDDs, and whenever necessary, is read by the CPU to be modified or written. As a recording medium on which the program is stored, among a semiconductor (for example, a ROM, a nonvolatile memory card, and the like), an optical storage medium (for example, a DVD, a MO, a MD, a CD, a BD and the like), a magnetic storage medium (for example, a magnetic tape, a flexible disk and the like) and the like, any one may be possible. Furthermore, in some cases, the function according to the described systems and methods described above is realized by running the loaded program, and in addition, the function according to the described systems and methods is realized in conjunction with an

US 10,855,432 B2

43

44

operating system or other application programs, based on an instruction from the program.

Furthermore, in a case where the programs are available on the market, the program stored on a portable recording medium can be distributed or the program can be transmitted to a server computer that connects through a network such as the Internet. In this case, a storage device in the server computer also is included. Furthermore, some or all of the gNB **160** and the UE **102** according to the systems and methods described above may be realized as an LSI that is a typical integrated circuit. Each functional block of the gNB **160** and the UE **102** may be individually built into a chip, and some or all functional blocks may be integrated into a chip. Furthermore, a technique of the integrated circuit is not limited to the LSI, and an integrated circuit for the functional block may be realized with a dedicated circuit or a general-purpose processor. Furthermore, if with advances in a semiconductor technology, a technology of an integrated circuit that substitutes for the LSI appears, it is also possible to use an integrated circuit to which the technology applies.

Moreover, each functional block or various features of the base station device and the terminal device used in each of the aforementioned embodiments may be implemented or executed by a circuitry, which is typically an integrated circuit or a plurality of integrated circuits. The circuitry designed to execute the functions described in the present specification may comprise a general-purpose processor, a digital signal processor (DSP), an application specific or general application integrated circuit (ASIC), a field programmable gate array (FPGA), or other programmable logic devices, discrete gates or transistor logic, or a discrete hardware component, or a combination thereof. The general-purpose processor may be a microprocessor, or alternatively, the processor may be a conventional processor, a controller, a microcontroller, or a state machine. The general-purpose processor or each circuit described above may be configured by a digital circuit or may be configured by an analogue circuit. Further, when a technology of making into an integrated circuit superseding integrated circuits at the present time appears due to advancement of a semiconductor technology, the integrated circuit by this technology is also able to be used.

What is claimed is:

**1**. A user equipment that communicates with a base station apparatus on one or more downlink bandwidth parts (DL BWPs) in at least one serving cell, comprising:

receiving circuitry configured to receive an activation command for at least one of a semi-persistent channel state information-reference signal (CSI-RS) and a channel state information-interference measurement (CSI-IM) resource configuration, the semi-persistent CSI-RS and CSI-IM resource configuration being associated with a DL BWP of the one or more DL BWPs,

the receiving circuitry configured to receive a deactivation command for the at least one of semi-persistent CSI-RS and CSI-IM resource configuration, and

processing circuitry configured to consider that the at least one of the semi-persistent CSI-RS and CSI-IM resource configuration is suspended in a case that the associated DL BWP is deactivated.

**2**. The user equipment according to claim **1**, wherein

the receiving circuitry is configured to receive a radio resource control message comprising a parameter used for identifying the associated DL BWP.

**3**. The user equipment according to claim **1**, further comprising:

transmitting circuitry configured to perform CSI reporting based on the at least one of the semi-persistent CSI-RS and CSI-IM resource configuration, wherein

CSI-RS resource is for channel measurement, and

CSI-IM resource is for interference measurement.

**4**. A base station apparatus that communicates with a user equipment on one or more downlink bandwidth parts (DL BWPs) in at least one serving cell, comprising:

transmitting circuitry configured to transmit an activation command for at least one of a semi-persistent channel state information-reference signal (CSI-RS) and a channel state information-interference measurement (CSI-IM) resource configuration, the semi-persistent CSI-RS and CSI-IM resource configuration being associated with a DL BWP of the on one or more DL BWPs,

the transmitting circuitry configured to transmit a deactivation command for the at least one of the semi-persistent CSI-RS and CSI-IM resource configuration, and

processing circuitry configured to consider that the at least one of the semi-persistent CSI-RS and CSI-IM resource configuration is suspended in a case that the associated DL BWP is deactivated.

**5**. The base station apparatus according to claim **4**, wherein

the transmitting circuitry is configured to transmit a radio resource control message comprising a parameter used for identifying the associated DL BWP.

**6**. The base station apparatus according to claim **4**, further comprising:

receiving circuitry configured to receive CSI reporting based on the at least one of the semi-persistent CSI-RS and CSI-IM resource configuration, wherein

CSI-RS resource is for channel measurement, and

CSI-IM resource is for interference measurement.

**7**. A communication method of a user equipment that communicates with a base station apparatus on one or more downlink bandwidth parts (DL BWPs) in at least one serving cell, comprising:

receiving an activation command for at least one of a semi-persistent channel state information-reference signal (CSI-RS) and a channel state information-interference measurement (CSI-IM) resource configuration, the semi-persistent CSI-RS and CSI-IM resource configuration being associated with a DL BWP of the on one or more DL BWPs,

receiving a deactivation command for the at least one of the semi-persistent CSI-RS and CSI-IM resource configuration, and

considering that the at least one of the semi-persistent CSI-RS and CSI-IM resource configuration is suspended in a case that the associated DL BWP is deactivated.

**8**. The communication method according to claim **7**, further comprising:

receiving a radio resource control message comprising a parameter used for identifying the associated DL BWP.

**9**. The communication method according to claim **7**, further comprising:

performing CSI reporting based on the at least one of the semi-persistent CSI-RS and CSI-IM resource configuration, wherein

CSI-RS resource is for channel measurement, and

CSI-IM resource is for interference measurement.

US 10,855,432 B2

45

46

10. A communication method of a base station apparatus that communicates with a user equipment on one or more downlink bandwidth parts (DL BWPs) in at least one serving cell, comprising, comprising:

transmitting an activation command for at least one of a semi-persistent channel state information-reference signal (CSI-RS) and a channel state information-interference measurement (CSI-IM) resource configuration, the semi-persistent CSI-RS and CSI-IM resource configuration being associated with a DL BWP of the on one or more DL BWPs,

transmitting a deactivation command for the at least one of the semi-persistent CSI-RS and CSI-IM resource configuration, and

considering that the at least one of the semi-persistent CSI-RS and CSI-IM resource configuration is suspended in a case that the associated DL BWP is deactivated.

11. The communication method according to claim 10, further comprising:

transmitting a radio resource control message comprising a parameter used for identifying the associated DL BWP.

12. communication method according to claim 10, further comprising:

receiving CSI reporting based on the at least one of the semi-persistent CSI-RS and CSI-IM resource configuration, wherein

CSI-RS resource is for channel measurement, and

CSI-IM resource is for interference measurement.

* * * * *